UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

FEB 2 6 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Naomi N. Chung
13842 Lambertina Place
Rockville, MD 20850

    Plaintiff,
V.

Secretary of Labor,
U.S. Department of Labor
Frances Perkins Building
200 Constitution Avenue, N.W.
Washington D.C. 20210

    Defendant,

U.S. Department of Labor
Employment Standards Administration
Office of Workers' Compensation Programs
Division of Federal Employees' Compensation
Frances Perkins Building
200 Constitution Avenue, N.W.
Washington D.C. 20210

    Defendant,

U.S. Department of Labor
Employees' Compensation Appeals Board
200 Constitution Avenue, N.W.
Washington D.C. 20210

    Defendant.

CASE NUMBER   1:07CV00398

JUDGE: Ellen Segal Huvelle

DECK TYPE: Personal Injury/Malpractice

DATE STAMP: 02/26/2007

## COMPLAINTS

I, Naomi N. Chung, am 54 years old female employed by U.S.P.S. Postal Services since April 8th, 1989. I was injured at work on July 7th, 1999.

1) I am an adult resident of the state of Maryland and residing in Montgomery County.

2) This nation, United States of America and the Department of Labor have continuously violated the constitutional law and disregarded my civil rights from March 26, 2001 to now. I, Naomi N. Chung, have been mistreated by the government.

3) DOL/OWCP terminated my medical treatment for my job injury. DOL/OWCP terminated my treatment to hide their mistake of changing my injury date and giving me another claim number. Having not received proper treatment over the years with the termination of my health care treatment, my condition has worsened and led to Fibromyalgia.

4) Instead of fixing their mistakes, DOL/OWCP terminated my medical treatment. DOL/OWCP have continuously mislead me to appeal and misdirected me to focus on the wrong issues. DOL/OWCP never admitted to their mistakes by rectifying the errors on date of injury. With the wrong information, DOL/OWCP denied my appeals; for the reason, DOL/OWCP and the Appeals Board's decisions for my four appeals from April 2nd, 2001 to September 30th, 2004 have always been planned for denial.

5) While DOL/OWCP deliberately denied my case from November 9th, 2001 to August 12th, 2005, I, the plaintiff, have continued to suffer physically from work injury that has gone untreated. I, the plaintiff, also suffer from mental stress and depression. Furthermore, without receiving any monetary support from DOL/OWCP and government, my financial credit has been ruined.

6) I, the plaintiff, filed a lawsuit against DOL to this court on February 5th, 2003. It was dismissed on August 15th, 2003 by the U.S. Attorney and this Court. The justification for dismissal was that I lacked the form, *Form 95 – Claim for Damage, Injury or Death*. I filed *Form 95* on June 13th, 2003, but the claim was denied. I refilled *Form 95* on December 12th, 2005.

7) On March 16th, 2006 and October 30th, 2006, I have sent in a copy of my claim from December 12th, 2005. Before filing this lawsuit, I have not received any response/answer from DOL/OWCP.

8) I, the plaintiff, am claiming for the following damages due to work injury from July, 7th, 1999 and due to the termination of my medical treatment for work injury:

- Fibromyalgia
- Anxiety
- Carpel Tunnel Syndrome
- Mental Stress
- Psychological Depression
- Sleeping Disorder
- Ruination of financial credit
- Lack of wage/pay for over 6 years

WHEREFORE, it is requested that this Honorable Court grant the following relief:

1. Award the plaintiff, Naomi N. Chung, for injuries as filed under *Form 95 – Claim for Damage, Injury or Death* on December 12th, 2005.

2. Enter judgment in favor of the plaintiff against the defendant in the amount of Five-hundred Thousand Dollars ($500,000.00) for work injury, mismanagement of case and discontinuation of needed medical treatments.

3. Award the plaintiff, Naomi N. Chung, the needed health care to better her quality of remaining life.

Respectfully Submitted,

Feb. 26, 2007

Naomi N. Chung
13842 Lambertina Place
Rockville, MD 20850
(301) 789-2483
February 26, 2007

*UNITED STATES DISTRICT COURT*
*FOR THE DISTRICT OF COLUMBIA*

**NAOMI N. CHUNG**

Plaintiff(s)

vs.    Civil Case No: **07-0398(ESH)**

. SECRETARY OF LABOR et al

Defendant(s)

## NOTICE REGARDING BULKY EXHIBIT

Pursuant to the procedures for filing documents electronically.  This Notice serves as notification of bulky exhibits to the complaint,  has been filed in paper form in the Clerk's Office. It is available for public viewing and copying between the hours of 9:00 a.m. and 4:00 p.m., Monday through Friday.

**NANCY MAYER-WHITTINGTON**

Clerk

JS-44
(Rev.1/05 DC)

# CIVIL COVER SHEET

07-398
B ESH

## I (a) PLAINTIFFS
Naomi N. Chung

(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF 88888
(EXCEPT IN U.S. PLAINTIFF CASES)

Montgomery County

## DEFENDANTS
Secretary of Labor (DOL), OWCP (Office of Worker's Compensation), Department of Labor (DOL) Appeals Board

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT _____
(IN U.S. PLAINTIFF CASES ONLY)

CASE NUMBER 1:07CV00398

JUDGE: Ellen Segal Huvelle

DECK TYPE: Personal Injury/Malpractice

DATE STAMP: 02/26/2007

(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)
N/A  SELF  13842 LAMBERTINA PL. ROCKVILLE, MD 20850

## II. BASIS OF JURISDICTION
(PLACE AN x IN ONE BOX ONLY)

☐ 1 U.S. Government Plaintiff
☐ 3 Federal Question (U.S. Government Not a Party)
☒ 2 U.S. Government Defendant
☐ 4 Diversity (Indicate Citizenship of Parties in item III)

## III CITIZENSHIP FOR PLAINTIFF

|  | PTF | DFT |  | PTF | DFT |
|---|---|---|---|---|---|
| Citizen of this State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. CASE ASSIGNMENT AND NATURE OF SUIT
(Place a X in one category, A-N, that best represents your cause of action and **one** in a corresponding Nature of Suit)

### ☐ A. Antitrust
☐ 410 Antitrust

### ☒ B. Personal Injury/Malpractice
☐ 310 Airplane
☒ 315 Airplane Product Liability
☐ 320 Assault, Libel & Slander
☒ 330 Federal Employers Liability
☐ 340 Marine
☒ 345 Marine Product Liability
☐ 350 Motor Vehicle
☐ 355 Motor Vehicle Product Liability

### ☐ C. Administrative Agency Review
☐ 151 Medicare Act

Social Security:
☐ 861 HIA ((1395ff)
☐ 862 Black Lung (923)
☐ 863 DIWC/DIWW (405(g)
☐ 864 SSID Title XVI
☐ 865 RSI (405(g)

Other Statutes
☐ 891 Agricultural Acts
☐ 892 Economic Stabilization Act
☐ 893 Environmental Matters
☐ 894 Energy Allocation Act
☐ 890 Other Statutory Actions (If Administrative Agency is Involved)

### ☐ D. Temporary Restraining Order/Preliminary Injunction

Any nature of suit from any category may be selected for this category of case assignment.

*(If Antitrust, then A governs)*

### General Civil

Forfeiture/Penalty
☐ 610 Agriculture
☐ 620 Other Food &Drug
☐ 625 Drug Related Seizure of Property 21 USC 881
☐ 630 Liquor Laws
☐ 640 RR & Truck
☐ 650 Airline Regs
☐ 660 Occupational Safety/Health
☐ 690 Other

Other Statutes
☐ 400 State Reapportionment
☐ 430 Banks & Banking
☐ 450 Commerce/ICC Rates/etc.
☐ 460 Deportation

☐ 470 Racketeer Influenced & Corrupt Organizations
☐ 480 Consumer Credit
☐ 490 Cable/Satellite TV
☐ 810 Selective Service
☐ 850 Securities/Commodities/ Exchange
☐ 875 Customer Challenge 12 USC 3410
☐ 900 Appeal of fee determination under equal access to Justice
☐ 950 Constitutionality of State Statutes
☐ 890 Other Statutory Actions (if not administrative agency review or Privacy Act

---

Court Name: District of Columbia
Division: 1
Receipt Number: 4616002552
Cashier ID: lwebb
Transaction Date: 02/26/2007
Payer Name: Haillie Heayon Chung
----------------------------------
CIVIL FILING FEE
  For: Haillie Heayon Chung
  Amount:     $350.00
----------------------------------
CHECK
  Check/Money Order Num: 1197
  Amt Tendered: $350.00
----------------------------------
Total Due:      $350.00
Total Tendered: $350.00
Change Amt:     $0.00

07-0398

Only when the bank clears the check, money order, or verifies credit of funds, is the fee or debt officially paid or discharged. A $45 fee will be charged for a

| ☐ G. *Habeas Corpus/2255*<br><br>☐ 530 Habeas Corpus-General<br>☐ 510 Motion/Vacate Sentence | ☐ H. *Employment Discrimination*<br><br>☐ 442 Civil Rights-Employment (criteria: race, gender/sex, national origin, discrimination, disability age, religion, retaliation)<br><br>*(If pro se, select this deck)* | ☐ I. *FOIA/PRIVACY ACT*<br><br>☐ 895 Freedom of Information Act<br>☐ 890 Other Statutory Actions (if Privacy Act)<br><br><br><br>*(If pro se, select this deck)* | ☐ J. *Student Loan*<br><br>☐ 152 Recovery of Defaulted Student Loans (excluding veterans) |
|---|---|---|---|
| ☐ K. *Labor/ERISA (non-employment)*<br><br>☐ 710 Fair Labor Standards Act<br>☐ 720 Labor/Mgmt. Relations<br>☐ 730 Labor/Mgmt. Reporting & Disclosure Act<br>☐ 740 Labor Railway Act<br>☐ 790 Other Labor Litigation<br>☐ 791 Empl. Ret. Inc. Security Act | ☐ L. *Other Civil Rights (non-employment)*<br><br>☐ 441 Voting (if not Voting Rights Act)<br>☐ 443 Housing/Accommodations<br>☐ 444 Welfare<br>☐ 440 Other Civil Rights<br>☐ 445 American w/Disabilities-Employment<br>☐ 446 Americans w/Disabilities-Other | ☐ M. *Contract*<br><br>☐ 110 Insurance<br>☐ 120 Marine<br>☐ 130 Miller Act<br>☐ 140 Negotiable Instrument<br>☐ 150 Recovery of Overpayment & Enforcement of Judgment<br>☐ 153 Recovery of Overpayment of Veteran's Benefits<br>☐ 160 Stockholder's Suits<br>☐ 190 Other Contracts<br>☐ 195 Contract Product Liability<br>☐ 196 Franchise | ☐ N. *Three-Judge Court*<br><br>☐ 441 Civil Rights-Voting (if Voting Rights Act) |

**V. ORIGIN**

☒ 1 Original Proceeding  ☐ 2 Removed from State Court  ☐ 3 Remanded from Appellate Court  ☐ 4 Reinstated or Reopened  ☐ 5 Transferred from another district (specify)  ☐ Multi district Litigation  ☐ 7 Appeal to District Judge from Mag. Judge

**VI. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.)

**VII. REQUESTED IN COMPLAINT**  CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23 ☐   DEMAND $ _____  Check YES only if demanded in complaint  JURY DEMAND: ☒ YES  ☐ NO

**VIII. RELATED CASE(S) IF ANY**  (See instruction)  ☐ YES  ☒ NO   If yes, please complete related case form.

DATE 02/26/07   SIGNATURE OF ATTORNEY OF RECORD _[signature]_

---

**INSTRUCTIONS FOR COMPLETING CIVIL COVER SHEET JS-44**
Authority for Civil Cover Sheet

The JS-44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. Listed below are tips for completing the civil cover sheet. These tips coincide with the Roman Numerals on the Cover Sheet.

I.  COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF/DEFENDANT (b) County of residence: Use 11001 to indicate plaintiff is resident of Washington, D.C.; 88888 if plaintiff is resident of the United States but not of Washington, D.C., and 99999 if plaintiff is outside the United States.

III.  CITIZENSHIP OF PRINCIPAL PARTIES: This section is completed only if diversity of citizenship was selected as the Basis of Jurisdiction under Section II.

IV.  CASE ASSIGNMENT AND NATURE OF SUIT: The assignment of a judge to your case will depend on the category you select that best represents the primary cause of action found in your complaint. You may select only one category. You must also select one corresponding nature of suit found under the category of case.

VI.  CAUSE OF ACTION: Cite the US Civil Statute under which you are filing and write a brief statement of the primary cause.

VIII.  RELATED CASES, IF ANY: If you indicated that there is a related case, you must complete a related case form, which may be obtained from the Clerk's Office.

Because of the need for accurate and complete information, you should ensure the accuracy of the information provided prior to signing the form.

N:\forms\js-44.wpd