UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Naomi N. Chung
13842 Lambertina Place
Rockville, MD 20850

    Plaintiff,

V.

Secretary of Labor,
U.S. Department of Labor
Frances Perkins Building
200 Constitution Avenue, N.W.
Washington D.C. 20210

    Defendant, et al.

Case No. 1: 07CV00398

Judge Initials _____E.S.H.____

## AFFIDAVIT OF SERVICE

I, Naomi N. Chung mailed the summons, complaint and any attachments or exhibits filed with the complaint to U.S. Attorney at 501 3RD Street, N.W., Washington D.C., 20001.

---

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

U.S. Attorney
501 3rd Street, NW
Washington D.C 20001

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _[signature]_   ☐ Agent   ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery 3/9/07

D. Is delivery address different from item 1?   ☐ Yes   ☐ No
If YES, enter delivery address below:

3. Service Type
☒ Certified Mail   ☐ Express Mail
☐ Registered   ☐ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label)
7006 2760 0001 3093 7087

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

---

**RECEIVED**
MAR 23 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

_[signature]_
Naomi N. Chung
13842 Lambertina Place
Rockville, MD 20850
(301) 789 - 2483

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Naomi N. Chung
13842 Lambertina Place
Rockville, MD 20850

    Plaintiff,
V.

Secretary of Labor,
U.S. Department of Labor
Frances Perkins Building
200 Constitution Avenue, N.W.
Washington D.C. 20210

    Defendant, et al.

Case No. 1: 07CV00398
Judge Initials _____E.S.H._____

## AFFIDAVIT OF SERVICE

I, Naomi N. Chung mailed the summons, complaint and any attachments or exhibits filed with the complaint to U.S. Attorney General at 950 Pennsylvania Avenue, N.W., Washington D.C. 20530.

[Domestic Return Receipt (PS Form 3811) addressed to: U.S. Attorney General, D.O.J, 950 Pennsylvania Ave. NW, Washington D.C. 20530. Article Number: 7006 2760 0001 3093 7063. Certified Mail. Received stamp: MAR 0 5 2007.]

_____
Naomi N. Chung
13842 Lambertina Place
Rockville, MD 20850
(301) 789 – 2483

RECEIVED
MAR 2 3 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Naomi N. Chung
13842 Lambertina Place
Rockville, MD 20850

    Plaintiff,
    V.

Secretary of Labor,
U.S. Department of Labor
Frances Perkins Building
200 Constitution Avenue, N.W.
Washington D.C. 20210

    Defendant, et al.

Case No. 1: 07CV00398
Judge Initials _____E.S.H._____

## AFFIDAVIT OF SERVICE

I, Naomi N. Chung mailed the summons, complaint and any attachments or exhibits filed with the complaint to U.S. Department of Labor, Employees' Compensation Appeals Board at 200 Constitution Avenue, N.W., Washington D.C. 20210.

[Domestic Return Receipt (PS Form 3811) showing article addressed to: U.S. Department of Labor, Employees' Compensation Appeals Board, 200 Constitution Ave. NW, Washington D.C. 20210. Certified Mail. Article Number: 7006 2760 0001 3093 0392]

*Naomi N. Chung* (signature)
Naomi N. Chung
13842 Lambertina Place
Rockville, MD 20850
(301) 789 – 2483

**RECEIVED**
MAR 23 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Naomi N. Chung
13842 Lambertina Place
Rockville, MD 20850

    Plaintiff,
V.

Case No. 1: 07CV00398
Judge Initials _____E.S.H._____

Secretary of Labor,
U.S. Department of Labor
Frances Perkins Building
200 Constitution Avenue, N.W.
Washington D.C. 20210

    Defendant, et al.

## AFFIDAVIT OF SERVICE

I, Naomi N. Chung mailed the summons, complaint and any attachments or exhibits filed with the complaint to U.S. Department of Labor, Employment Standards Administration, Office of Workers' Compensation Programs, Division of Federal Employees' Compensation at 200 Constitution Avenue, N.W., Washington D.C. 20210.

[Domestic Return Receipt - PS Form 3811, February 2004]

- SENDER: COMPLETE THIS SECTION
  - Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
  - Print your name and address on the reverse so that we can return the card to you.
  - Attach this card to the back of the mailpiece, or on the front if space permits.
- 1. Article Addressed to: Director, U.S. Department of Labor, Employment Standards Administration, Office of Workers' Compensation Programs, Division of Federal Employees' Compensation, Frances Perkins Building, 200 Constitution Ave. NW, Washington DC 20210
- 2. Article Number: 7006 2760 0001 3093 0385

- COMPLETE THIS SECTION ON DELIVERY
  - A. Signature: X D. Lowery — Agent
  - B. Received by (Printed Name): D. Lowery
  - C. Date of Delivery: 3/9/07
  - D. Is delivery address different from item 1? No
- 3. Service Type: ☒ Certified Mail
- 4. Restricted Delivery? (Extra Fee): No

**RECEIVED**
MAR 23 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

*Naomi Chung*
Naomi N. Chung
13842 Lambertina Place
Rockville, MD 20850
(301) 789 – 2483

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Naomi N. Chung
13842 Lambertina Place
Rockville, MD 20850

    Plaintiff,
V.

Secretary of Labor,
U.S. Department of Labor
Frances Perkins Building
200 Constitution Avenue, N.W.
Washington D.C. 20210

    Defendant, et al.

Case No. 1: 07CV00398
Judge Initials ___E.S.H.___

## AFFIDAVIT OF SERVICE

I, Naomi N. Chung mailed the summons, complaint and any attachments or exhibits filed with the complaint to Secretary of Labor, U.S. Department of Labor at 200 Constitution Avenue, N.W., Washington D.C. 20210.

---

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Secretary of Labor
Department of Labor
Frances Perkins Building
200 Constitution Ave. NW
Washington D.C., 20210

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X  Taryn Tinson   ☐ Agent  ☐ Addressee

B. Received by (Printed Name): Taryn Tinson
C. Date of Delivery: 3/8/07

D. Is delivery address different from item 1?  ☐ Yes  ☐ No
If YES, enter delivery address below:

3. Service Type
☒ Certified Mail  ☐ Express Mail
☐ Registered  ☐ Return Receipt for Merchandise
☐ Insured Mail  ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label): 7006 2760 0001 3093 7070

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

---

_Naomi Chung_
Naomi N. Chung
13842 Lambertina Place
Rockville, MD 20850
(301) 789 – 2483

RECEIVED
MAR 2 3 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT