UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NAOMI N. CHUNG, | ) |
| | ) |
| Plaintiff, | ) CA 07-398 (ESH) |
| | ) |
| v. | ) |
| | ) |
| ELAINE CHAO, SECRETARY | ) |
| U.S. DEPARTMENT OF LABOR, | ) |
| | ) |
| Defendant. | ) |

**NOTICE OF FILING**

Defendant submits the attached Certificate of Service which was inadvertently omitted as an attachment to Defendant's Motion to Dismiss (Dk. # 3).

Respectfully submitted,

 /s/
JEFFREY A. TAYLOR, D.C. Bar #498610
United States Attorney


 /s/
CHARLOTTE A. ABEL, D.C. Bar #388582
Assistant United States Attorney
Judiciary Center Building
555 4th Street, N.W
Washington, D.C. 20530

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 11th day of May, 2007, a copy of the foregoing Defendant's Motion to Dismiss, Memorandum in support and proposed order were mailed, postage prepaid, to plaintiff, pro se at the following address:

Naomi N. Chung
13842 Lambertina Pl.
Rockville, MD 20050

/s/
CHARLOTTE A. ABEL, D.C. Bar #388582
Assistant United States Attorney
Judiciary Center Building
555 4th Street, NW
Washington, D.C. 20530

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 14th day of May, 2007, a copy of the foregoing Notice of Filing together with the attached Certificate of Service were mailed, postage prepaid, to plaintiff, pro se at the following address:

Naomi N. Chung
13842 Lambertina Pl.
Rockville, MD 20050

                          /s/
                        CHARLOTTE A. ABEL, D.C. Bar #388582
                        Assistant United States Attorney
                        Judiciary Center Building
                        555 4th Street, NW
                        Washington, D.C. 20530