UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Naomi N. Chung
13842 Lambertina Place
Rockville, MD 20850

    Plaintiff,
V.

Case No. 1:07-cv-00398
Judge: <u>Gladys Kessler</u>

Secretary of Labor,
U.S. Department of Labor, et al.,

    Defendants.

### PLAINTIFF'S MOTION TO AMEND RELIEF

Plaintiff, Naomi N. Chung, has amended the section Relief, within her Complaint.

A proposed Amended Relief and Order consistent with this motion are attached hereto.

Respectfully submitted,

_____
Naomi N. Chung
13842 Lambertina Place
Rockville, MD 20850
(301) 789-2483
May 14, 2007

RECEIVED
MAY 14 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Naomi N. Chung
13842 Lambertina Place
Rockville, MD 20850

    Plaintiff,
V.

Secretary of Labor,
U.S. Department of Labor
Frances Perkins Building
200 Constitution Avenue, N.W.
Washington D.C. 20210

    Defendant,

U.S. Department of Labor
Employment Standards Admin.
Office of Workers' Comp. Programs
Division of Federal Employees' Comp.
200 Constitution Avenue, N.W.
Washington D.C. 20210

    Defendant,

U.S. Department of Labor
Employees' Compensation Appeals Board
200 Constitution Ave. N.W.
Washington, D.C. 20210

    Defendant.

Case No. 1:07-cv-00389
Judge: Gladys Kessler

## PLAINTIFF'S MOTION TO GRANT PLAINTIFF'S COMPLAINT AND AMMENDED RELIEF

I, Naomi N. Chung, request that this Honorable Court grant the following relief:

1. Award the plaintiff, Naomi N. Chung, for amount requested for injuries as filed under *Form 95 – Claim for Damage, Injury or Death* on December 12th, 2005, twenty-million dollars ($20,000,000.00).

2. Enter judgment in favor of the plaintiff against the defendant in the amount of Five-hundred Thousand Dollars ($500,000.00) for mismanagement of case and discontinuation of needed medical treatments.

1

3. Award the plaintiff, Naomi N. Chung, the needed health care to better the quality of remaining life.

WHEREFORE, it is requested that this Honorable Court grant the plaintiff $20,500,000.00 and health care services.

Respectfully Submitted,

*Naomi Chung* (signature)
Naomi N. Chung
13842 Lambertina Place
Rockville, MD 20850
(301) 789-2483
May 14, 2007

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Naomi N. Chung
13842 Lambertina Place
Rockville, MD 20850

    Plaintiff,
    V.

Secretary of Labor,
U.S. Department of Labor, et al.,

    Defendants.

Case No. 1:07-cv-00389
Judge: Gladys Kessler

## ORDER

UPON CONSIDERATION of Plaintiff's Motion to Grant Plaintiff's Complaint and Amended Relief and the points and authorities in support thereof, and the record herein, it is hereby

ORDERED, that, for the reasons stated in the Plaintiff's Complaint and Amended Relief, points and authorities, the motion be, and hereby is GRANTED.

_____
UNITED STATES DISTRICT JUDGE

Copies to:

Naomi N. Chung
13842 Lambertina Place
Rockville, MD 20850

U.S. Department of Labor
Employment Standards Admin.
Office of Workers' Comp. Programs
Division of Federal Employees' Comp.
200 Constitution Avenue, N.W.
Washington D.C. 20210

Secretary of Labor,
U.S. Department of Labor
Frances Perkins Building
200 Constitution Avenue, N.W.
Washington D.C. 20210

U.S. Department of Labor
Employees' Compensation Appeals Board
200 Constitution Ave. N.W.
Washington, D.C. 20210

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on this 14th day of May, 2007, I caused a copy of the foregoing Plaintiff's Motion to Amend Relief, Plaintiff's Motion to Grant Plaintiff's Complaint and Amended Relief and Order which would affect the calendaring of this case to be served on the Defendant, Secretary of Labor, et al., by first class mail postage as follows:

Secretary of Labor
Department of Labor
Frances Perkins Building
200 Constitution Ave., NW
Washington D.C., 20210

_____
Naomi N. Chung
13842 Lambertina Place
Rockville, MD 20850
(301)789-2483

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on this 14th day of May, 2007, I caused a copy of the foregoing Plaintiff's Motion to Amend Relief, Plaintiff's Motion to Grant Plaintiff's Complaint and Amended Relief and Order which would affect the calendaring of this case to be served on the Defendant, Secretary of Labor, et al., by first class mail postage as follows:

>Director
>U.S. Department of Labor
>Employment Standards Administration
>Office of Worker's Compensation
>Frances Perkins Building
>200 Constitution Ave., NW
>Washington D.C. 20210

*Naomi Chung*
Naomi N. Chung
13842 Lambertina Place
Rockville, MD 20850
(301)789-2483

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on this 14th day of May, 2007, I caused a copy of the foregoing Plaintiff's Motion to Amend Relief, Plaintiff's Motion to Grant Plaintiff's Complaint and Amended Relief and Order which would affect the calendaring of this case to be served on the Defendant, Secretary of Labor, et al., by first class mail postage as follows:

U.S Department of Labor
Employee's Compensation Appeals Board
200 Constitution Ave., N.W.
Washington D.C. 20210

*Naomi Chung*
Naomi N. Chung
13842 Lambertina Place
Rockville, MD 20850
(301)789-2483

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on this 14th day of May, 2007, I caused a copy of the foregoing Plaintiff's Motion to Amend Relief, Plaintiff's Motion to Grant Plaintiff's Complaint and Amended Relief and Order which would affect the calendaring of this case to be served on the Defendant, Secretary of Labor, et al., by first class mail postage as follows:

U.S. Attorney General
D.O.J.
950 Pennsylvania Ave., NW
Washington D.C. 20530

Naomi N. Chung
13842 Lambertina Place
Rockville, MD 20850
(301)789-2483

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on this 14th day of May, 2007, I caused a copy of the foregoing Plaintiff's Motion to Amend Relief, Plaintiff's Motion to Grant Plaintiff's Complaint and Amended Relief and Order which would affect the calendaring of this case to be served on the Defendant, Secretary of Labor, et al., by first class mail postage as follows:

U.S. ATTORNEY
501 3rd Street, N.W.
Washington, D.C. 20001


_____
Naomi N. Chung
13842 Lambertina Place
Rockville, MD 20850
(301)789-2483