UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Naomi N. Chung
13842 Lambertina Place
Rockville, MD 20850

    Plaintiff,
V.

Secretary of Labor,
U.S. Department of Labor
Frances Perkins Building
200 Constitution Avenue, N.W.
Washington D.C. 20210

    Defendant,

U.S. Department of Labor
Employment Standards Admin.
Office of Workers' Comp. Programs
Division of Federal Employees' Comp.
200 Constitution Avenue, N.W.
Washington D.C. 20210

    Defendant,

Case No. 1:07-cv-00398
Judge: Gladys Kessler

U.S. Department of Labor
Employees' Compensation Appeals Board
200 Constitution Ave. N.W.
Washington, D.C. 20210

    Defendant.

## PLAINTIFF'S SECOND MOTION TO GRANT PLAINTIFF'S COMPLAINT AND AMMENDED RELIEF

I, Naomi N. Chung, request that this Honorable Court grant the following relief:

1. Award the plaintiff, Naomi N. Chung, for amount requested for injuries as filed under *Form 95 – Claim for Damage, Injury or Death* on December 12th, 2005, twenty-million dollars ($20,000,000.00).

2. Enter judgment in favor of the plaintiff against the defendant in the amount of Five-hundred Thousand Dollars ($500,000.00) for mismanagement of case and discontinuation of needed medical treatments.

RECEIVED
MAY 17 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

1

3. Award the plaintiff, Naomi N. Chung, the needed health care to better the quality of remaining life.

WHEREFORE, it is requested that this Honorable Court grant the plaintiff $20,500,000.00 and health care services.

Respectfully Submitted,

*Naomi Chung*
Naomi N. Chung
13842 Lambertina Place
Rockville, MD 20850
(301) 789-2483
May 17, 2007

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Naomi N. Chung
13842 Lambertina Place
Rockville, MD 20850

    Plaintiff,
V.

Case No. 1:07-cv-00398
Judge: Gladys Kessler

Secretary of Labor,
U.S. Department of Labor
Frances Perkins Building
200 Constitution Avenue, N.W.
Washington D.C. 20210

    Defendant,

U.S. Department of Labor
Employment Standards Admin.
Office of Workers' Comp. Programs
Division of Federal Employees' Comp.
200 Constitution Avenue, N.W.
Washington D.C. 20210

    Defendant,

U.S. Department of Labor
Employees' Compensation Appeals Board
200 Constitution Ave. N.W.
Washington, D.C. 20210

    Defendant.

## MEMORANDUM OF POINTS IN SUPPORT OF MOTION TO GRANT RELIEF TO PLAINTIFF, NAOMI N. CHUNG

1. Defendants <u>failed</u> to answer to court summons as indicated by missing the May 8th 2007 deadline (60 days) to answer and to respond to Plaintiff's Complaint. Judgment by default should be taken against defendants and granted to Naomi N. Chung for the relief requested.

2. Defendants' Motion to Dismiss is <u>invalid</u> as it was filed after the deadline.

Respectfully Submitted,

*Naomi Chung* (signature)
Naomi N. Chung
13842 Lambertina Place
Rockville, MD 20850
(301) 789-2483
May 17, 2007

1

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that, on this 17th day of May, 2007, I caused a copy of the foregoing Plaintiff's Second Motion to Grant Plaintiff's Complaint and Amended Relief, Memorandum of Points in Support of Motion to Grant Relief to Plaintiff, Naomi N. Chung and Order which would affect the calendaring of this case to be served on the Defendant, Secretary of Labor, et al., by first class mail postage as follows:

Secretary of Labor
Department of Labor
Frances Perkins Building
200 Constitution Ave., NW
Washington D.C., 20210

_____
Naomi N. Chung
13842 Lambertina Place
Rockville, MD 20850
(301)789-2483

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Naomi N. Chung
13842 Lambertina Place
Rockville, MD 20850

    Plaintiff,                              Case No. 1:07-cv-00398
V.                                      Judge: Gladys Kessler

Secretary of Labor,
U.S. Department of Labor, et al.,

    Defendants.

## ORDER

UPON CONSIDERATION of (1) Plaintiff's *Second* Motion to Grant Plaintiff's Complaint and Amended Relief, (2) Memorandum of Points in Support of Motion to Grant Relief to Plaintiff Naomi N. Chung and (3) the points and authorities in support thereof, and the record herein, it is on this _____ day of _____, 2007, hereby

ORDERED, that, for the reasons stated in the Plaintiff's *Second* Motion to Grant Plaintiff's Complaint and Amended Relief, Memorandum, points and authorities, the motion to reward relief to Plaintiff is hereby GRANTED.

                                                            UNITED STATES DISTRICT JUDGE

Copies to:

Naomi N. Chung
13842 Lambertina Place
Rockville, MD 20850

Charlotte A. Abel
Assistant U.S. Attorney
555 Fourth Street, NW
Washington D.C., 20530