**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

```
_____
                               )
NAOMI N. CHUNG,                )
                               )
     Plaintiff,                )
                               )
     v.                        )    Civil Action No. 07-398 (GK)
                               )
ELAINE CHAO,                   )
SECRETARY OF LABOR, et al.,    )
                               )
     Defendants.               )
_____)
```

**O R D E R**

This matter is now before the Court upon Defendants' Motion to Dismiss [Dkt. No. 3].  Plaintiff is proceeding pro se in this matter.

In Fox v. Strickland, 837 F.2d 507 (D.C. Cir. 1988), the Court of Appeals held that a district court must take pains to advise a pro se party of the consequences of failing to respond to a dispositive motion.  "That notice . . . should include an explanation that the failure to respond . . . may result in the district court granting the motion and dismissing the case."  Id. at 509.

Accordingly, it is hereby

**ORDERED** that Plaintiff respond to the Motion to Dismiss no later than **June 22, 2007.**  If Plaintiff fails to respond, or to

request additional time in which to respond, the Court will treat Defendant's Motion as granted and dismiss Plaintiff's Complaint.

May 22, 2007
　　　　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　　　Gladys Kessler
　　　　　　　　　　　　　　　　　U.S. District Judge

**Copies to**: **attorneys on record via ECF and**

NAOMI N. CHUNG
13842 Lambertina Place
Rockville, MD 20850