UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NAOMI N. CHUNG, | ) |
| | ) |
| Plaintiff, | ) CA 07-398 (GK) |
| | ) |
| v. | ) |
| | ) |
| ELAINE CHAO, SECRETARY | ) |
| U.S. DEPARTMENT OF LABOR, | ) |
| | ) |
| Defendant. | ) |

**RESPONSE TO PLAINTIFF'S
FIRST & SECOND MOTIONS TO AMEND RELIEF**

In her lawsuit, plaintiff complains that the defendant improperly discontinued her worker's compensation benefits. Defendant moved to dismiss the case on May 11, 2007. On May 14, 2007, plaintiff filed a motion to amend relief. In her motion, plaintiff moves to amend her prayer for relief. Defendant denies that plaintiff is entitled to the relief requested, or to any relief whatsoever, for the reasons stated in her motion to dismiss. However, defendant does not oppose plaintiff's motion to amend her complaint to modify her prayer for relief.

On May 17, 2007, plaintiff filed her second motion to amend relief. In her motion, Plaintiff alleges that she is entitled to default judgment against defendant for defendant's failure to respond to the complaint in a timely manner. Plaintiff alleges that defendant's answer was due on May 8, 2007. Plaintiff is incorrect. Service on Elaine Chao was not perfected until March 12, 2007, the date on which the Civil Division, U.S. Attorney's Office received a copy of the summons and complaint. Declaration of Lakesha Carroll.

Defendant filed its motion to dismiss on May 11, 2007, precisely sixty days after service was perfected.

                              Respectfully submitted,

                              __/s/_____
                              JEFFREY A. TAYLOR
                              D.C. Bar No. 498610
                              United States Attorney

                              __/s/_____
                              RUDOLPH CONTRERAS
                              D.C. Bar No. 434122
                              Assistant United States Attorney

                              __/s/_____
                              CHARLOTTE A. ABEL
                               D.C. Bar No. 388582
                              Assistant United States Attorney
                              555 Fourth St., N.W.
                              Washington, D.C. 20530
                              (202) 307-2332

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NAOMI N. CHUNG, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>SECRETARY OF LABOR, et al., )<br>)<br>Defendant. )<br>_____ ) | Civil Action No. 07-398 (GK) |

**Declaration of Lakesha M. Carroll**

1. I, Lakesha Carroll, am lead docket clerk for the Civil Division, United States Attorney's Office, in the District of Columbia. One of my job duties that I perform on a daily basis is to receive copies of summonses and complaints directed to the U.S. Attorney, Civil Division.

2. On March 12, 2007, I received in the mail a summons and complaint directed to the U.S. Attorney at 501 3rd St., N.W. in Washington, D.C. in the lawsuit of *Naomi N. Chung v. Secretary of Labor, et al.*, civil action no. 07-398. I know that this is the date that I first received a copy of the summons and complaint because my initials and the date appear on the lower right hand corner of the summons. (Exhibit 1). I also have today verified that this item was logged in by the receptionist as having first been received in the Civil Division at noon on March 12, 2007. The time stamp of 1:48 p.m. appears on the back of the complaint and the front of the complaint.

3. At the request of Charlotte Abel, Assistant United States Attorney, I reviewed a copy of Affidavit of Service filed by Naomi Chung on March 23, 2007, which is a copy of a return receipt for certified mail. Appearing on this document is the stamped signature of Ernest L. Parker. I know Mr. Parker to be a mail clerk at Main Justice on Pennsylvania Ave., NW. The return receipt shows the date of delivery written in unknown hand to be March 9, 2007, although the "Received by" block is blank and appears to have been erased or altered.

4. Generally, mail directed to the Department of Justice is received at Main Justice. From Main Justice, mail that is directed to the U.S. Attorney's office is then disseminated to 555 4th St., N.W. From there, mail directed to the Civil Division is disseminated to 501 3rd St., N.W., which is the location where I work.

5.  Once the receptionist at the Civil Division at 501 3rd Street logs in certified mail as it is received, summones and complaints are directed to me. I document receipt of each by logging it into an electronic database and logging in the date of receipt by hand in an

    internal service book. These records all indicate that the Civil Division received a copy of plaintiff's summons and complaint on March 12, 2007.


I declare under penalty of perjury that the foregoing is true and correct. Executed on May 23, 2007. 28 U.S.C. § 1746

_____
Lakesha M. Carroll

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                   )
NAOMI N. CHUNG,                    )
                                   )
            Plaintiff,             )   Civil Action No. 07-398(ESH)
                                   )   ECF
                                   )
      v.                           )
                                   )
ELAINE CHAO, SECRETARY,            )
U.S. DEPT. OF LABOR,               )
                                   )
            Defendant.             )
_____)

# O R D E R

Upon consideration of the plaintiff's First & Second Motions to Amend Relief, and the response thereto, it is on this _____ day of _____, 2007,

ORDERED: that Plaintiff's First Motion to Amend Relief is granted to the extent that it modifies the plaintiff's prayer for relief. It is

FURTHER ORDERED: that Plaintiff's Second Motion to Amend Relief be denied to the extent the plaintiff seeks default judgment.

_____
UNITED STATES DISTRICT JUDGE

Charlotte A. Abel
Asst. U.S. Attorney
555-4th St., N.W.
Washington, D.C. 20530

Naomi N. Chung
13842 Lambertina Pl.
Rockville, MD  20050