UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NAOMI N. CHUNG, | ) |
| | ) |
| Plaintiff, | ) CA 07-398 (ESH) |
| | ) |
| v. | ) |
| | ) |
| ELAINE CHAO, SECRETARY | ) |
| U.S. DEPARTMENT OF LABOR, | ) |
| | ) |
| Defendant. | ) |

**NOTICE OF FILING**

Defendant submits the attached Certificate of Service and Exhibit 1 which were inadvertently omitted as an attachments to Defendant's Response to Plaintiff's First & Second Motions to Amend Relief.

Respectfully submitted,

　/s/
JEFFREY A. TAYLOR, D.C. Bar #498610
United States Attorney


　/s/
CHARLOTTE A. ABEL, D.C. Bar #388582
Assistant United States Attorney
Judiciary Center Building
555 4th Street, N.W
Washington, D.C. 20530

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 24th day of May, 2007, a copy of the foregoing Defendant's notice of filing was mailed, postage prepaid, to plaintiff, <u>pro se</u> at the following address:

Naomi N. Chung
13842 Lambertina Pl.
Rockville, MD 20050

                                               /s/
                               CHARLOTTE A. ABEL, D.C. Bar #388582
                               Assistant United States Attorney
                               Judiciary Center Building
                               555 4th Street, NW
                               Washington, D.C. 20530