UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

RECEIVED
MAY 3 0 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Naomi N. Chung
13842 Lambertina Place
Rockville, MD 20850

    Plaintiff,
V.

Case No. 1:07-CV-00398
Judge: Gladys Kessler

Secretary of Labor,
U.S. Department of Labor
Frances Perkins Building
200 Constitution Avenue, N.W.
Washington D.C. 20210

    Defendant,

U.S. Department of Labor
Employment Standards Admin.
Office of Workers' Comp. Programs
Division of Federal Employees' Comp.
200 Constitution Avenue, N.W.
Washington D.C. 20210

    Defendant,

U.S. Department of Labor
Employees' Compensation Appeals Board
200 Constitution Ave. N.W.
Washington, D.C. 20210

    Defendant.

## PLAINTIFF'S DISPOSITIVE MOTION

I, Naomi N. Chung, request that this Honorable Court grant in favor of the plaintiff without need for further trial court proceedings based on the supporting reasons listed below, see **Exhibits I and II**.

1) Defendants failed to answer to court summons as indicated by missing the May 8th 2007 deadline (60 days) to answer and to respond to Plaintiff's Complaint. Judgment by default should be taken against defendants and granted to Naomi N. Chung for the relief requested. Return Receipt from the United States Postal Service (U.S.P.S.) indicate that the summons were received by defendants within

1

a reasonable timeframe since submitted to United States District Court in the District of Columbia.

2) Defendants failed to follow court rules and regulations by **omitting signatures and dates** on court documents.

Respectfully Submitted,

*/s/ Naomi Chung*
Naomi N. Chung
13842 Lambertina Place
Rockville, MD 20850
(301) 789-2483
May 30, 2007

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Naomi N. Chung
13842 Lambertina Place
Rockville, MD 20850

    Plaintiff,
V.

Secretary of Labor,
U.S. Department of Labor
Frances Perkins Building
200 Constitution Avenue, N.W.
Washington D.C. 20210

    Defendant,

U.S. Department of Labor
Employment Standards Admin.
Office of Workers' Comp. Programs
Division of Federal Employees' Comp.
200 Constitution Avenue, N.W.
Washington D.C. 20210

    Defendant,

Case No. 1:07-CV-00398
Judge: Gladys Kessler

U.S. Department of Labor
Employees' Compensation Appeals Board
200 Constitution Ave. N.W.
Washington, D.C. 20210

    Defendant.

## PLAINTIFF'S MOTION FOR SUMMARY AFFIRMANCE AND JUDGMENT IN FAVOR OF PLAINTIFF

1) This nation, United States of America and the Department of Labor have continuously violated the constitutional law and disregarded my civil rights from March 26, 2001 to now. I, Naomi N. Chung, have been mistreated by the government.

2) DOL/OWCP terminated my medical treatment for my job injury. DOL/OWCP terminated my treatment to hide their mistake of changing my injury date and giving me another claim number. Having not received proper treatment over the years with the termination of my health care treatment, my condition has worsened and led to Fibromyalgia.

1

3) Instead of fixing their mistakes, DOL/OWCP terminated my medical treatment. DOL/OWCP have continuously mislead me to appeal and misdirected me to focus on the wrong issues. DOL/OWCP never admitted to their mistakes by rectifying the errors on date of injury. With the wrong information, DOL/OWCP denied my appeals; for the reason, DOL/OWCP and the Appeals Board's decisions for my four appeals from April 2nd, 2001 to September 30th, 2004 have always been planned for denial.

4) While DOL/OWCP deliberately denied my case from November 9th, 2001 to August 12th, 2005, I, the plaintiff, have continued to suffer physically from work injury that has gone untreated. I, the plaintiff, also suffer from mental stress and depression. Furthermore, without receiving any monetary support from DOL/OWCP and government, my financial credit has been ruined.

5) I, the plaintiff, filed a lawsuit against DOL to this court on February 5th, 2003. It was dismissed on August 15th, 2003 by the U.S. Attorney and this Court. The justification for dismissal was that I lacked the form, *Form 95 – Claim for Damage, Injury or Death*. I filed *Form 95* on June 13th, 2003, but the claim was denied. I refilled *Form 95* on December 12th, 2005.

6) On March 16th, 2006 and October 30th, 2006, I have sent in a copy of my claim from December 12th, 2005. Before filing this lawsuit, I have not received any response/answer from DOL/OWCP.

7) I, the plaintiff, am claiming for the following damages due to work injury from July, 7th, 1999 and due to the termination of my medical treatment for work injury:

- Fibromyalgia
- Anxiety
- Carpel Tunnel Syndrome
- Mental Stress
- Psychological Depression
- Sleeping Disorder
- Ruination of financial credit
- Lack of wage/pay for over 6 years

I, Naomi N. Chung, request that this Honorable Court grant the following relief:

1. Award the plaintiff, Naomi N. Chung, for amount requested for injuries as filed under *Form 95 – Claim for Damage, Injury or Death* on December 12th, 2005, twenty-million dollars ($20,000,000.00).

2. Enter judgment in favor of the plaintiff against the defendant in the amount of Five-hundred Thousand Dollars ($500,000.00) for mismanagement of case and discontinuation of needed medical treatments.

3. Award the plaintiff, Naomi N. Chung, the needed health care to better the quality of remaining life.

WHEREFORE, it is requested that this Honorable Court grant the plaintiff $20,500,000.00 and health care services.

Respectfully Submitted,

*Nam Chung*
Naomi N. Chung
13842 Lambertina Place
Rockville, MD 20850
(301) 789-2483
May 30, 2007

3

# Exhibit I

# UNITED STATES DISTRICT COURT
## District of Columbia

Naomi N. Chung
13842 Lambertina Pl.
Rockville, MD 20850
plaintiff

V.

Secretary of Labor,
U.S. Department of Labor

SUMMONS IN A CIVIL CASE

CASE NUMBER   1:07CV00398

JUDGE: Ellen Segal Huvelle

DECK TYPE: Personal Injury/Malpractice

DATE STAMP: 02/26/2007

TO: (Name and address of Defendant)

Secretary of Labor,
Department of Labor
Frances Perkins Building
200 Constitution Ave. NW.
Washington DC 20210

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Naomi N. Chung
13842 Lambertina Pl.
Rockville, MD 20850

an answer to the complaint which is served on you with this summons, within ___60___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON

CLERK

(By) DEPUTY CLERK

DATE    FEB 26 2007

# UNITED STATES DISTRICT COURT
## District of Columbia

Naomi N. Chung
13842 Lambertina Pl.
Rockville, MD 20850

SUMMONS IN A CIVIL CASE

V.

U.S. Department of Labor's
Employees' Compensation Appeals Board

CASE NUMBER  1:07CV00398

JUDGE: Ellen Segal Huvelle

DECK TYPE: Personal Injury/Malpractice

DATE STAMP: 02/26/2007

TO: (Name and address of Defendant)

US Department of Labor
Employees' Compensation Appeals Board
200 Constitution Ave. NW.
Washington, D.C. 20210

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Naomi N. Chung
13842 Lambertina Pl.
Rockville, MD 20850

an answer to the complaint which is served on you with this summons, within ___60___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON

CLERK

_Janetta Stewart-Curet_
(By) DEPUTY CLERK

DATE   FEB 26 2007

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Naomi N. Chung
13842 Lambertina Pl.
Rockville, MD 20850
        plaintiff

V.

Office of Worker's Compensation
(OWCP)

SUMMONS IN A CIVIL CASE

CASE NUMBER   1:07CV00398

JUDGE: Ellen Segal Huvelle

DECK TYPE: Personal Injury/Malpractice

DATE STAMP: 02/26/2007

TO: (Name and address of Defendant)
U.S. Department of Labor
Employment Standards Administration
Office of Workers Compensation Programs
Division of Federal Employees' Compensation
200 Constitution Ave. NW.
Washington DC 20210

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Naomi N. Chung
13842 Lambertina Pl.
Rockville, MD 20850

an answer to the complaint which is served on you with this summons, within ___60___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON

CLERK

(By) DEPUTY CLERK _Janetta Stewart-Curek_

DATE   FEB 26 2007

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Naomi N. Chung
13842 Lambertina Pl.
Rockville, MD 20850

V.

Secretary of Labor,
et al.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER   1:07CV00398

JUDGE: Ellen Segal Huvelle

DECK TYPE: Personal Injury/Malpractice

DATE STAMP: 02/26/2007

TO: (Name and address of Defendant)

U.S. ATTORNEY GENERAL
D.O.J.
950 PENNSYLVANIA AVE. NW
WASHINGTON, D.C. 20530

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Naomi N. Chung
13842 Lambertina Pl.
Rockville, MD 20850

an answer to the complaint which is served on you with this summons, within ____60____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON

CLERK

(By) DEPUTY CLERK   Janette Stewart-Curet

DATE   FEB 26 2007

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
District of Columbia

Naomi N. Chung
13842 Lambertina Pl.
Rockville, MD 20850

V.

Secretary of Labor,
et al.

SUMMONS IN A CIVIL CASE

CASE NUMBER   1:07CV00398

JUDGE: Ellen Segal Huvelle

DECK TYPE: Personal Injury/Malpractice

DATE STAMP: 02/26/2007

TO: (Name and address of Defendant)

U.S. ATTORNEY
501 3RD. ST. N.W.
WASHINGTON, D.C. 20001

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Naomi N. Chung
13842 Lambertina Pl.
Rockville, MD 20850

an answer to the complaint which is served on you with this summons, within _____60_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON

CLERK

(By) DEPUTY CLERK

DATE   FEB 26 2007

# Exhibit II

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Naomi N. Chung
13842 Lambertina Place
Rockville, MD 20850

    Plaintiff,
V.

Secretary of Labor,
U.S. Department of Labor
Frances Perkins Building
200 Constitution Avenue, N.W.
Washington D.C. 20210

    Defendant, et al.

Case No. 1:07CV00398
Judge Initials    E.S.H.



RECEIVED
MAR 2 3 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## AFFIDAVIT OF SERVICE

I, Naomi N. Chung mailed the summons, complaint and any attachments or exhibits filed with the complaint to U.S. Department of Labor, Employment Standards Administration, Office of Workers' Compensation Programs, Division of Federal Employees' Compensation at 200 Constitution Avenue, N.W., Washington D.C. 20210.

[Domestic Return Receipt - PS Form 3811, February 2004; Article Number: 7006 2760 0001 3093 0385; Certified Mail; Date of Delivery: 3/9/07; Addressed to: Director, U.S. Department of Labor, Employment Standards Administration, Office of Workers' Compensation Programs, Division of Federal Employees' Compensation, Frances Perkins Building, 200 Constitution Ave. NW, Washington DC 20210]

Naomi N. Chung
13842 Lambertina Place
Rockville, MD 20850
(301) 789 – 2483

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Naomi N. Chung
13842 Lambertina Place
Rockville, MD 20850

    Plaintiff,
V.

Secretary of Labor,
U.S. Department of Labor
Frances Perkins Building
200 Constitution Avenue, N.W.
Washington D.C. 20210

    Defendant, et al.

Case No. 1: 07CV00398
Judge Initials ___E.S.H.___



## AFFIDAVIT OF SERVICE

I, Naomi N. Chung mailed the summons, complaint and any attachments or exhibits filed with the complaint to U.S. Attorney at 501 3RD Street, N.W., Washington D.C., 20001.

[Domestic Return Receipt card:]
- Article Addressed to: U.S. Attorney, 501 3rd Street, NW, Washington D.C. 20001
- Service Type: Certified Mail
- Article Number: 7006 2760 0001 3093 7087
- PS Form 3811, February 2004
- B. Received by (Printed Name): MAR 09 2007
- Date of Delivery: 3/9/07

_____
Naomi N. Chung
13842 Lambertina Place
Rockville, MD 20850
(301) 789 - 2483

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Naomi N. Chung
13842 Lambertina Place
Rockville, MD 20850

    Plaintiff,
V.

Secretary of Labor,
U.S. Department of Labor
Frances Perkins Building
200 Constitution Avenue, N.W.
Washington D.C. 20210

    Defendant, et al.

Case No. 1: 07CV00398
Judge Initials    E.S.H.

RECEIVED
MAR 2 3 2007
NANCY MAYER WHITTINGTON
U.S. DISTRICT COURT

## AFFIDAVIT OF SERVICE

I, Naomi N. Chung mailed the summons, complaint and any attachments or exhibits filed with the complaint to U.S. Department of Labor, Employees' Compensation Appeals Board at 200 Constitution Avenue, N.W., Washington D.C. 20210.

[Domestic Return Receipt - PS Form 3811, February 2004, addressed to U.S. Department of Labor, Employees' Compensation Appeals Board, 200 Constitution Ave. NW, Washington D.C. 20210; Article Number 7006 2760 0001 3093 0392; Certified Mail]

*Naomi N. Chung*
Naomi N. Chung
13842 Lambertina Place
Rockville, MD 20850
(301) 789 – 2483

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Naomi N. Chung
13842 Lambertina Place
Rockville, MD 20850

    Plaintiff,
V.

Secretary of Labor,
U.S. Department of Labor
Frances Perkins Building
200 Constitution Avenue, N.W.
Washington D.C. 20210

    Defendant, et al.

Case No. 1: 07CV00398
Judge Initials _____E.S.H._____

RECEIVED
MAR 2 3
NANCY MAYER
U.S. DISTRICT COURT CLERK

## AFFIDAVIT OF SERVICE

I, Naomi N. Chung mailed the summons, complaint and any attachments or exhibits filed with the complaint to Secretary of Labor, U.S. Department of Labor at 200 Constitution Avenue, N.W., Washington D.C. 20210.

[Certified mail return receipt card, article number 7006 2760 0001 3093 7070, addressed to Secretary of Labor, Department of Labor, Frances Perkins Building, 200 Constitution Ave NW, Washington D.C. 20210; Date of Delivery 3/__/07]

Naomi N. Chung
13842 Lambertina Place
Rockville, MD 20850
(301) 789 – 2483

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Naomi N. Chung
13842 Lambertina Place
Rockville, MD 20850

    Plaintiff,
V.

Secretary of Labor,
U.S. Department of Labor
Frances Perkins Building
200 Constitution Avenue, N.W.
Washington D.C. 20210

    Defendant, et al.

Case No. 1: 07CV00398
Judge Initials    E.S.H.

## AFFIDAVIT OF SERVICE

I, Naomi N. Chung mailed the summons, complaint and any attachments or exhibits filed with the complaint to U.S. Attorney General at 950 Pennsylvania Avenue, N.W., Washington D.C. 20530.

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

U.S. Attorney General
D.O.J
950 Pennsylvania Ave, NW
Washington D.C 20530

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _[signature]_ ☐ Agent ☐ Addressee

B. Received by (Printed Name): MAR 0 5 2007
C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☒ Certified Mail ☐ Express Mail
☐ Registered ☐ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label): 7006 2760 0001 3093 7063

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

_[signature]_
Naomi N. Chung
13842 Lambertina Place
Rockville, MD 20850
(301) 789 – 2483

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on this 30th day of May, 2007, I caused a copy of the foregoing Plaintiff's Dispositive Motion along with exhibits I and II, Plaintiff's Motion for Summary Affirmance and Judgment in Favor of Plaintiff, and Order which would affect the calendaring of this case to be served on the Defendant, Secretary of Labor, et al., by first class mail postage as follows:

U.S. ATTORNEY
Judiciary Center Building
555 Fourth St. N.W.
Washington D.C. 20530

U.S. Attorney General
D.O.J.
950 Pennsylvania Ave., NW
Washington D.C. 20530

Secretary of Labor
Department of Labor
Frances Perkins Building
200 Constitution Ave., NW
Washington D.C., 20210

Director
U.S. Department of Labor
Employment Standards Administration
Office of Worker's Compensation
Frances Perkins Building
200 Constitution Ave., NW
Washington D.C. 20210

U.S Department of Labor
Employee's Compensation Appeals Board
200 Constitution Ave., N.W.
Washington D.C. 20210

_Nam Chung_
Naomi N. Chung
13842 Lambertina Place
Rockville, MD 20850
(301)789-2483

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Naomi N. Chung
13842 Lambertina Place
Rockville, MD 20850

    Plaintiff,
    V.

Case No. 1:07-cv-00398
Judge: Gladys Kessler

Secretary of Labor,
U.S. Department of Labor, et al.,

    Defendants.

## ORDER

UPON CONSIDERATION of (1) Plaintiff's Dispositive Motion along with exhibits I and II, (2) Plaintiff's Motion for Summary Affirmance and Judgment in Favor of Plaintiff and (3) the points and authorities in support thereof, and the record herein, it is on this _____ day of _____, 2007, hereby

ORDERED that said motions be, and hereby is, granted, because there is no dispute as to any material fact and the plaintiff is entitled to judgment as a matter of law; and Plaintiff's motion is hereby GRANTED.

_____
UNITED STATES DISTRICT JUDGE

Copies sent to:

Naomi N. Chung
13842 Lambertina Place
Rockville, MD 20850

Charlotte A. Abel
Assistant U.S. Attorney
Judiciary Center Building
555 Fourth Street, N.W.
Washington D.C., 20530

U.S. Attorney General
D.O.J.
950 Pennsylvania Ave., NW
Washington D.C. 20530