UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| NAOMI N. CHUNG, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CA 07-398 (GK) |
| | ) | |
| ELAINE CHAO, SECRETARY, | ) | |
| U.S. DEPARTMENT OF LABOR, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**RESPONSE TO PLAINTIFF'S DISPOSITIVE MOTION
AND PLAINTIFF'S MOTION FOR SUMMARY AFFIRMANCE**

On February 26, 2007, plaintiff filed her complaint alleging defendants improperly discontinued her benefits under the Federal Employees' Compensation Act (FECA), 5 U.S.C. § 8101, *et seq.* On May 11, 2007, defendants moved to dismiss the case. On May 14, 2007, plaintiff filed a motion to amend her complaint's prayer for relief. On May 17, 2007, plaintiff filed a second motion to amend relief alleging she is entitled to a default judgment against defendants based on defendants' failure to timely answer her complaint. On May 23, 2007, defendants filed a response to plaintiff's first and second motions to amend relief stating that their motion to dismiss, filed on May 11, 2007, was timely filed precisely sixty days after service was perfected.

On May 23, 2007, plaintiff filed a "Dispositive Motion" and a "Motion for Summary Affirmance." In her Dispositive Motion, plaintiff makes the same allegation as stated verbatim in her May 17, 2007 second motion to amend relief. Plaintiff asserts that

she is entitled to a default judgment against defendants based on defendants' failure to timely answer her complaint. In her Motion for Summary Affirmance, plaintiff makes the same allegations as stated verbatim in paragraphs 2-8 of her original complaint. Plaintiff alleges defendants improperly discontinued her benefits under FECA.

Defendants have already responded to these allegations. Defendants' May 23, 2007 response and May 11, 2007 motion to dismiss fully address all of plaintiff's allegations. Defendants have nothing further to add and rest on these two briefs. Based on these two briefs, defendants request this case be dismissed with prejudice.

Respectfully submitted,

\_\_/s/_____
JEFFREY A. TAYLOR
D.C. Bar No. 498610
United States Attorney


\_\_/s/_____
RUDOLPH CONTRERAS
D.C. Bar No. 434122
Assistant United States Attorney


\_\_/s/_____
CHARLOTTE A. ABEL
D.C. Bar No. 388582
Assistant United States Attorney
555 Fourth St., N.W.
Washington, D.C. 20530
(202) 307-2332