UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Naomi N. Chung

      Plaintiff,

V.

Secretary of Labor,
U.S. Department of Labor, et al.,

      Defendants.

Case No. 1:07-cv-00398
Judge: G.K.

### PLAINTIFF'S MEMORANDUM IN SUPPORT OF DISPOSITIVE MOTION

On February 26, 2007, I, the plaintiff, filed a *complaint* against the Department of Labor, Appeals Board and OWCP. Along with the *complaint*, plaintiff submitted an *Affidavit of Naomi N. Chung* and *Finding of Facts 1, 2 and 3. Attachments A, B and C* were also included.

On May 17, 2007, I, the plaintiff, filed a *Motion to Amend Relief, Second Motion to Grant Plaintiff's Complaint and Amended Relief* and *Memorandum of Points in Support of Motion to Grant Relief to Plaintiff.*

On May 30, 2007, I, the plaintiff, filed a *Dispositive Motion, Motion for Summary Affirmance and Judgment in Favor of Plaintiff* and *Exhibits I and II.*

RECEIVED
JUN 2 2 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

1

I, Naomi N. Chung, the plaintiff, have already submitted all documents in support of my claim due to work injury. It is requested that this Honorable Court grant in favor of the plaintiff without need for further trial court proceedings based on the given supporting reasons.

Respectfully Submitted,

*Naomi Chung*
Naomi N. Chung
13842 Lambertina Place
Rockville, MD 20850
(301) 789-2483
June 22, 2007

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on this 22nd day of June, 2007, I caused a copy of the foregoing Plaintiff's Memorandum in Support of Dispositive Motion and proposed Order to be served on the Defendant, Secretary of Labor, et al., by first class mail postage as follows:

U.S. ATTORNEY
Judiciary Center Building
555 Fourth St. N.W.
Washington D.C. 20530

U.S. Attorney General
D.O.J.
950 Pennsylvania Ave., N.W.
Washington D.C. 20530

Secretary of Labor
Department of Labor
Frances Perkins Building
200 Constitution Ave., N.W.
Washington D.C. 20210

Director
U.S. Department of Labor
Employment Standards Administration
Office of Worker's Compensation
Frances Perkins Building
200 Constitution Ave., N.W.
Washington D.C. 20210

U.S. Department of Labor
Employee's Compensation Appeals Board
200 Constitution Ave., N.W.
Washington D.C. 20210

_____
Naomi N. Chung
13842 Lambertina Place
Rockville, MD 20850
(301) 789-2483

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Naomi N. Chung

        Plaintiff,

V.

Secretary of Labor,
U.S. Department of Labor, et al.,

        Defendants.

Case No. 1:07-cv-00398
Judge: G.K.

## ORDER

UPON CONSIDERATION of Plaintiff's Memorandum in Support of Dispositive Motion it is on

this _____ day of _____, 2007, hereby

ORDERED that said motions be, and hereby is, granted, because there is no dispute as to any material fact and the plaintiff is entitled to judgment as a matter of law; and Plaintiff's motion is hereby GRANTED.

 

_____
GLADYS KESSLER
UNITED STATES DISTRICT JUDGE

Copies to:

Naomi N. Chung
13842 Lambertina Place
Rockville, MD 20850

U.S. Attorney General
D.O.J.
950 Pennsylvania Ave., N.W.
Washington D.C. 20530

Charlotte A. Abel
Assistant U.S. Attorney
555 Fourth Street, NW
Washington D.C., 20530