UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Naomi N. Chung

       Plaintiff,
                                      Case No. <u>1:07-cv-00398</u>
                                      Judge: <u>G.K.</u>

V.

Secretary of Labor,
U.S. Department of Labor, et al.,

       Defendants.


### **Memorandum Opinion of Naomi N. Chung**


      I, the plaintiff, Naomi N. Chung, bring this lawsuit against the Department of Labor (DOL), Secretary of Labor, Office of Worker's Compensation Programs (OWCP) and Employees' Compensation Appeals Board for compensation for work injury. Department of Labor and Office of Worker's Compensation Programs have wrongfully terminated my medical insurance on March 26, 2001. As the case since the date of injury has been mismanaged, had wrong date of injury and had wrong information, the past dismissals of the case is null and void and invalid. Department of Labor and Office of Worker's Compensation Programs has made these mistakes; the first claim number was given under the wrong claims form while the second claim number was given with the wrong date of injury. Since July 7, 1999, the only thing that has stayed true and valid is that I continue to suffer greatly from my work injury and that my health and quality of life has been impacted. I continue to suffer from Fibromyalgia, Carpel Tunnel Syndrome, mental stress, financial ruin and other health impairments due to withdrawal of needed

RECEIVED
AUG - 3 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

1

medical attention. My current health status is a manifestation of untreated work injury. Therefore, I request that the motion to grant relief in favor of the plaintiff be **GRANTED** by this honorable court.

                                              Respectfully Submitted,

                                              */s/ Naomi Chung*
                                              Naomi N. Chung
                                              13842 Lambertina Place
                                              Rockville, MD 20850
                                              (301) 789-2483
                                              August 3, 2007

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on this 3${}^{rd}$ day of August, 2007, I caused a copy of the foregoing Plaintiff's Memorandum of Naomi N. Chung and Order which would affect the calendaring of this case to be served on the Defendant, Secretary of Labor, et al., by first class mail postage as follows:

U.S. ATTORNEY
Judiciary Center Building
555 Fourth St. N.W.
Washington D.C. 20530

U.S. Attorney General
D.O.J.
950 Pennsylvania Ave., NW
Washington D.C. 20530

Secretary of Labor
Department of Labor
Frances Perkins Building
200 Constitution Ave., NW
Washington D.C., 20210

Director
U.S. Department of Labor
Employment Standards Administration
Office of Worker's Compensation
Frances Perkins Building
200 Constitution Ave., NW
Washington D.C. 20210

U.S Department of Labor
Employee's Compensation Appeals
Board
200 Constitution Ave., N.W.
Washington D.C. 20210

_____
Naomi N. Chung
13842 Lambertina Place
Rockville, MD 20850
(301)789-2483

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Naomi N. Chung
13842 Lambertina Place
Rockville, MD 20850

    Plaintiff,                                      Case No. 1:07-cv-00398
    V.                                                   Judge: Gladys Kessler

Secretary of Labor,
U.S. Department of Labor, et al.,

    Defendants.

## ORDER

UPON CONSIDERATION of (1) Plaintiff's Memorandum Opinion of Naomi N. Chung and the points and authorities in support thereof, and the record herein, it is on this _____ day of _____, 2007, hereby

ORDERED that said motions be, and hereby is, granted, because there is no dispute as to any material fact and the plaintiff is entitled to judgment as a matter of law; and Plaintiff's motion is hereby GRANTED.

                                                                UNITED STATES DISTRICT JUDGE

Copies sent to:

Naomi N. Chung                                     U.S. Attorney General
13842 Lambertina Place                        D.O.J.
Rockville, MD 20850                           950 Pennsylvania Ave., NW
                                                          Washington D.C. 20530

Charlotte A. Abel
Assistant U.S. Attorney
Judiciary Center Building
555 Fourth Street, N.W.