UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NAOMI N. CHUNG, ) | |
|       Plaintiff, ) | |
|       v. ) | Case No. 1:07CV00398 (GK) |
| SECRETARY OF LABOR, ) *et al.*, ) | |
|       Defendants. ) | |

**MOTION TO AMEND ORDER
SETTING INITIAL SCHEDULING CONFERENCE**

Pursuant to Rules 26(a)(1), 26(a)(E)(i) and 60(b)(6) of the Federal Rules of Civil Procedure, and Local Civil Rules 16.3(b)(1) and 16.4, Federal Defendants, by and through their undersigned counsel, respectfully move to amend the Court's July 16, 2007 order setting an initial scheduling conference in this action. In support of the instant motion, the defendants state as follows:

    1. On February 26, 2007, the Plaintiff initiated this action.

    2. On May 11, 2007, the Secretary filed a Motion to Dismiss which the Plaintiff opposed on June 14, 2007. This motion is ripe for decision.

    3. On July 16, 2007, the Court issued an Order Setting an Initial Scheduling Conference to be held on August 7, 2007. The Court's Order instructed that "[p]ursuant to Rule 16.3 of the Local Rules and Fed. R. Civ. P. 26(f) and l, counsel shall submit their Joint Meet and Confer Statement addressing all topics listed in Rule 16.3(c) no later than 14 days following their meeting."

4. This case is exempt from the duty to hold a conference, the requirement of filing a Joint Meet and Confer statement, and the obligation to provide Initial Disclosures, because this is "an action for review on an administrative record." See LCvR 16.3(b)(1) (version effective Sept. 1, 2003); see also Fed. R. Civ. P. 26(a)(1)(E)(i) (2003 revised ed.). In this case, the Plaintiff seeks judicial review of a decision by the Department of Labor to deny her worker's compensation benefits under the Federal Employees' Compensation Act (FECA), 5 U.S.C. § 8101, *et seq*. Defendants submit that the Court has no jurisdiction to entertain this action because Congress has specifically foreclosed any judicial review of determinations under the FECA. See 5 U.S.C. § 8128(b).

5. This case will likely be disposed of on dispositive motions.

WHEREFORE, the defendants respectfully request that the Court modify its Order Setting Initial Scheduling Conference to relieve the parties of: the obligation to submit a Joint Meet and Confer Statement, the requirements of LcvR 16.3, and the requirements of Fed. R. Civ. P. 26(f) and (a)(1).

Respectfully submitted,

/s/
JEFFREY A. TAYLOR
D.C. Bar No. 498610
United States Attorney

/s/
RUDOLPH CONTRERAS
D.C. Bar No. 434122
Assistant United States Attorney

/s/
CHARLOTTE A. ABEL
D.C. Bar No. 388582
Judiciary Center Building
555 Fourth Street, N.W.
Washington, D.C. 20530
(202) 307-2332

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NAOMI N. CHUNG ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 1:07CV00398 (GK) |
| ) | |
| SECRETARY OF LABOR, ) | |
| *et al.*, ) | |
| Defendants. ) | |
| ) | |

**ORDER**

Having considered the Defendants' Joint Motion to Amend Order Setting Initial Scheduling Conference, and the entire record herein, it is this _____ day of _____, 2007,

ORDERED that the Defendants' Motion to Amend Order Setting Initial Scheduling Conference is hereby GRANTED; and it is further

ORDERED that the Court's July 16, 2007 Order for Initial Scheduling Conference shall be modified to relieve the parties of the obligation to confer and submit a Joint Meet and Confer Statement, and of the requirements of LcvR 16.3 and requirements of Fed. R. Civ. P. 26(f).

_____
UNITED STATES DISTRICT JUDGE