UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

NAOMI N. CHUNG

        Plaintiff

    v.                                      Case Number: 1:07CV00398
                                                  Judge: G. Kessler
SECRETARY OF LABOR,
et al.,
        Defendants

## POST-HEARING DISPOSITIVE MOTION

I, Naomi N. Chung, request that this Honorable Court grant in favor of the plaintiff without need for further trial court proceedings based on the supporting reasons listed below.

1) Plaintiff filed a *complaint* on February 26, 2007 against Secretary of Labor, et al., along with *Finding of Facts 1 and 2*.

2) Defendants failed to answer to court summons as indicated by missing the **May 8th 2007 deadline (60 days)** to answer and to respond to Plaintiff's Complaint. Judgment by default should be taken against defendants and granted to Naomi N. Chung for the relief requested. Return Receipt from the United States Postal Service (U.S.P.S.) indicate that the summons were well received by defendants within a reasonable timeframe since being submitted to United States District Court in the District of Columbia.

3) Court documents summoning response from defendants state that, ultimately, failure to respond to plaintiff's complaint within given days (60 days) would conclude the case with judgment by default in favor of plaintiff.

RECEIVED
NANCY MAYER WHITTINGTON
SEP 1 2 2007
U.S. DISTRICT COURT, CLERK

1

4) Defendants continued to fail at following court rules and regulations by **omitting signatures and dates** on court documents, therefore their requests are **invalid**.

5) *Memorandum of Opinion of Naomi N. Chung* was filed on August 3, 2007.

6) A hearing was held August 7, 2007 by Judge G. Kessler. Both parties were present at the hearing. The case was heard and granted.

7) This is the **second** time that the plaintiff is filing a **dispositive motion**.

Therefore, I request that the motion to grant relief of twenty-million five-hundred thousand dollars ($20,500,000.00) in favor of the plaintiff be **GRANTED** by this honorable court.

Respectfully Submitted,

*/s/ Naomi Chung*
Naomi N. Chung
13842 Lambertina Place
Rockville, MD 20850
(301) 789-2483
September 12, 2007

# Attachment A

File Number: 250561456
1042-D-

U.S. DEPARTMENT OF LABOR

EMPLOYMENT STANDARDS ADMINISTRATION
OFFICE OF WORKERS' COMPENSATION PROGRAMS
800 N CAPITOL ST NW RM 800
WASHINGTON DC 20211
Phone: (292)565-9770

March 26, 2001

Date of Injury: 07/08/1999
Employee:   Nam Chung

Nam O. Chung
14402 Coral Gables Way
North Potomac, MD 20878

Dear Ms. Chung:

Your claim for compensation benefits has been disallowed for the reason stated in the enclosed copy of the compensation order. The decision was based on all evidence of record and on the assumption that all available evidence has been submitted. If you disagree with the decision, you may follow any one of the courses of action outlined on the attached appeal rights.

Further medical treatment at OWCP expense is not authorized and prior authorization, if any, is hereby terminated.

Under Office of Personnel Management (OPM) regulations, an employee who recovers from a compensable injury within one year is entitled to mandatory job restoration and is expected to apply for work with the employing Federal agency immediately upon recovery. Employees who recover more than one year after the injury are entitled to priority consideration, provided they apply for reemployment within 30 days after compensation ceases. You may obtain further information concerning restoration rights from your agency or any OPM area office (if you are a postal employee, contact your local personnel office). You should also contact your former employing agency or OPM for advice on continuing any health insurance and/or life insurance coverage.

Sincerely,

DUANE CEASAR
Senior Claims Examiner


US POSTAL SERVICE
INJURY COMPENSATION OFFICE
900 BRENTWOOD RD N E
WASHINGTON, DC 20066
Enclosures: Compensation Order with Appeal Rights
            Memorandum to the Director

# Attachment B

# Minute Entries

1:07-cv-00398-GK CHUNG v. SECRETARY OF LABOR et al
JURY, PROSE-NP, TYPE-B

U.S. District Court

District of Columbia

## Notice of Electronic Filing

The following transaction was entered on 8/7/2007 at 4:30 PM and filed on 8/7/2007
**Case Name:**        CHUNG v. SECRETARY OF LABOR et al
**Case Number:**      1:07-cv-398
**Filer:**
**Document Number:** No document attached

**Docket Text:**
Minute Entry. Proceedings held before Judge Gladys Kessler: Meet and Confer Hearing held on 8/7/2007. Motion to Amend/Correct Order; heard and granted. (Court Reporter Susan Tyner.) (tth,)


**1:07-cv-398 Notice has been electronically mailed to:**
Charlotte A. Abel  charlotte.abel@usdoj.gov

**1:07-cv-398 Notice will be delivered by other means to::**

NAOMI N. CHUNG
13842 Lambertina Place
Rockville, MD 20850

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| NAOMI N. CHUNG | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 1:07CV00398 (GK) |
| | ) | |
| SECRETARY OF LABOR, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

### ORDER

Having considered the Defendants' Joint Motion to Amend Order Setting Initial Scheduling Conference, and the entire record herein, it is this _____ day of ___August__, 2007,

ORDERED that the Defendants' Motion to Amend Order Setting Initial Scheduling Conference is hereby GRANTED; and it is further

ORDERED that the Court's July 16, 2007 Order for Initial Scheduling Conference shall be modified to relieve the parties of the obligation to confer and submit a Joint Meet and Confer Statement, and of the requirements of LcvR 16.3 and requirements of Fed. R. Civ. P. 26(f).

_____
UNITED STATES DISTRICT JUDGE

JURY, PROSE-NP, TYPE-B

## U.S. District Court
## District of Columbia (Washington, DC)
## CIVIL DOCKET FOR CASE #: 1:07-cv-00398-GK

CHUNG v. SECRETARY OF LABOR et al
Assigned to: Judge Gladys Kessler
Cause: 05:8101 Federal Employees' Liability Act

Date Filed: 02/26/2007
Jury Demand: Plaintiff
Nature of Suit: 330 Federal Employer's Liability
Jurisdiction: U.S. Government Defendant

**Plaintiff**
NAOMI N. CHUNG

represented by NAOMI N. CHUNG
13842 Lambertina Place
Rockville, MD 20850
(301) 789-2483
PRO SE

V.

**Defendant**
SECRETARY OF LABOR

represented by Charlotte A. Abel
UNITED STATES ATTORNEY'S OFFICE
501 Third Street, NW
4th Floor
Washington, DC 20001
(202) 307-2332
Fax: (202) 514-8780
Email: charlotte.abel@usdoj.gov
*LEAD ATTORNEY*

**Defendant**
U.S. DEPARTMENT OF LABOR EMPLOYMENT STANDARDS ADMINISTRATION OFFICE OF WORKERS' COMPENSATION PROGRAMS DIVISION OF FEDERAL EMPLOYEES' COMPENSATION

represented by Charlotte A. Abel
(See above for address)
*LEAD ATTORNEY*

**Defendant**
U.S. DEPARTMENT OF LABOR EMPLOYEES COMPENSATION APPEALS BOARD

represented by Charlotte A. Abel
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 02/26/2007 | 1 | COMPLAINT against SECRETARY OF LABOR, U.S. DEPARTMENT OF LABOR EMPLOYMENT STANDARDS ADMINISTRATION OFFICE OF WORKERS' COMPENSATION PROGRAMS DIVISION OF FEDERAL EMPLOYEES' COMPENSATION, U.S. DEPARTMENT OF LABOR EMPLOYEES COMPENSATION APPEALS BOARD ( Filing fee $ 350 receipt number 4616002552)filed by NAOMI N. CHUNG. (Attachments: # 1 Exhibit # 2 Civil Cover Sheet)(jf, ) (Entered: 03/02/2007) |
| 02/26/2007 | | SUMMONS (5) Issued as to SECRETARY OF LABOR, U.S. DEPARTMENT OF LABOR EMPLOYMENT STANDARDS ADMINISTRATION OFFICE OF WORKERS' COMPENSATION PROGRAMS DIVISION OF FEDERAL EMPLOYEES' COMPENSATION, U.S. DEPARTMENT OF LABOR EMPLOYEES COMPENSATION APPEALS BOARD, U.S. Attorney and U.S. Attorney General (jf, ) (Entered: 03/02/2007) |
| 03/01/2007 | | Case Reassigned to Judge Gladys Kessler. Judge Ellen S. Huvelle no longer assigned to the case. (Related to Ca-03-0188) (jf, ) (Entered: 03/02/2007) |
| 03/23/2007 | 2 | RETURN OF SERVICE/AFFIDAVIT of Summons and Complaint Executed on Attorney General. Date of Service Upon Attorney General 03/05/07., RETURN OF SERVICE/AFFIDAVIT of Summons and Complaint Executed as to SECRETARY OF LABOR; U.S. DEPARTMENT OF LABOR EMPLOYMENT STANDARDS ADMINISTRATION OFFICE OF WORKERS' COMPENSATION PROGRAMS DIVISION OF FEDERAL EMPLOYEES' COMPENSATION; U.S. DEPARTMENT OF LABOR EMPLOYEES COMPENSATION APPEALS BOARD served on 3/9/2007, answer due 5/8/2007.; RETURN OF SERVICE/AFFIDAVIT of Summons and Complaint Executed as to the US Attorney, served on 3/9/2007, answer due 5/8/2007. (jf, ) (Entered: 03/26/2007) |
| 05/11/2007 | 3 | MOTION to Dismiss by SECRETARY OF LABOR, U.S. DEPARTMENT OF LABOR EMPLOYMENT STANDARDS ADMINISTRATION OFFICE OF WORKERS' COMPENSATION PROGRAMS DIVISION OF FEDERAL EMPLOYEES' COMPENSATION, U.S. DEPARTMENT OF LABOR EMPLOYEES COMPENSATION APPEALS BOARD (Attachments: # 1 Text of Proposed Order # 2 Declaration of Edward Duncan# 3 Declaration of Catherine P. Carter)(Abel, Charlotte) (Entered: 05/11/2007) |
| 05/14/2007 | 4 | NOTICE *of Filing Certificate of Service* by SECRETARY OF LABOR, U.S. DEPARTMENT OF LABOR EMPLOYMENT STANDARDS ADMINISTRATION OFFICE OF WORKERS' COMPENSATION PROGRAMS DIVISION OF FEDERAL EMPLOYEES' COMPENSATION, U.S. DEPARTMENT OF LABOR EMPLOYEES |

| | | |
|---|---|---|
| | | COMPENSATION APPEALS BOARD re 3 MOTION to Dismiss (Attachments: # 1 Certificate of Service# 2)(Abel, Charlotte) (Entered: 05/14/2007) |
| 05/14/2007 | 5 | Plaintiff's MOTION to Amend Relief by NAOMI N. CHUNG (tg, ) (Entered: 05/15/2007) |
| 05/17/2007 | 6 | Plaintiff's Second MOTION to Amend Relief by NAOMI N. CHUNG (Attachments: # 1 Text of Proposed Order)(lc, ) (Entered: 05/18/2007) |
| 05/22/2007 | 7 | ORDER: Plaintiff shall, no later than June 22, 2007, respond to Defendants' Motion to Dismiss or the Court will treat the motion as granted and dismiss Plaintiff's Complaint. Signed by Judge Gladys Kessler on 5/22/07. (CS, ) (Entered: 05/22/2007) |
| 05/22/2007 | | Set/Reset Deadlines: Responses due by 6/22/2007 (CS, ) (Entered: 05/22/2007) |
| 05/23/2007 | 8 | RESPONSE to *Plaintiff's First & Second Motions to Amend Relief* filed by SECRETARY OF LABOR, U.S. DEPARTMENT OF LABOR EMPLOYMENT STANDARDS ADMINISTRATION OFFICE OF WORKERS' COMPENSATION PROGRAMS DIVISION OF FEDERAL EMPLOYEES' COMPENSATION, U.S. DEPARTMENT OF LABOR EMPLOYEES COMPENSATION APPEALS BOARD. (Attachments: # 1 Declaration of Lakesha M. Carroll# 2 Text of Proposed Order)(Abel, Charlotte) (Entered: 05/23/2007) |
| 05/23/2007 | 9 | NOTICE *of Filing Exhibit 1 and Certificate of Service* by SECRETARY OF LABOR, U.S. DEPARTMENT OF LABOR EMPLOYMENT STANDARDS ADMINISTRATION OFFICE OF WORKERS' COMPENSATION PROGRAMS DIVISION OF FEDERAL EMPLOYEES' COMPENSATION, U.S. DEPARTMENT OF LABOR EMPLOYEES COMPENSATION APPEALS BOARD re 8 Response to any document, (Attachments: # 1 Certificate of Service)(Abel, Charlotte) (Entered: 05/23/2007) |
| 05/30/2007 | 10 | Plaintiff's Dispositive MOTION,and MOTION for Summary Affirmance and Judgment in Favor of Plaintiff by NAOMI N. CHUNG (Attachments: # 1 Exhibit I - II# 2 Text of Proposed Order)(tg, ) (Entered: 05/31/2007) |
| 06/14/2007 | 11 | Memorandum in opposition to re 10 MOTION MOTION for Summary Judgment filed by SECRETARY OF LABOR, U.S. DEPARTMENT OF LABOR EMPLOYMENT STANDARDS ADMINISTRATION OFFICE OF WORKERS' COMPENSATION PROGRAMS DIVISION OF FEDERAL EMPLOYEES' COMPENSATION, U.S. DEPARTMENT OF LABOR EMPLOYEES COMPENSATION APPEALS BOARD. (Abel, Charlotte) (Entered: 06/14/2007) |
| 06/22/2007 | 12 | REPLY to opposition to motion re 10 MOTION for Summary Judgment filed by NAOMI N. CHUNG. (tg, ) (Entered: 06/22/2007) |
| 07/16/2007 | 13 | ORDER setting an Initial Scheduling Conference for August 7, 2007 at |

District of Columbia live database - Docket Report
Case 1:07-cv-00398-GK    Document 16    Filed 09/12/2007    Page 11 of 16
Page 4 of 4

| | | |
|---|---|---|
| | | 10:15 a.m. Signed by Judge Gladys Kessler on 7/16/07. (CL, ) (Entered: 07/16/2007) |
| 07/16/2007 | | Set/Reset Hearings: Initial Conference set for 8/7/2007 10:15 AM in Courtroom 26A before Judge Gladys Kessler. (CL, ) (Entered: 07/16/2007) |
| 08/03/2007 | 14 | MEMORANDUM Opinion of Naomi N. Chung re 10 Dispositive MOTION and MOTION for Summary Judgment filed by NAOMI N. CHUNG by NAOMI N. CHUNG. (tg, ) (Entered: 08/06/2007) |
| 08/06/2007 | 15 | MOTION to Amend/Correct 13 Order by SECRETARY OF LABOR, U.S. DEPARTMENT OF LABOR EMPLOYMENT STANDARDS ADMINISTRATION OFFICE OF WORKERS' COMPENSATION PROGRAMS DIVISION OF FEDERAL EMPLOYEES' COMPENSATION, U.S. DEPARTMENT OF LABOR EMPLOYEES COMPENSATION APPEALS BOARD (Attachments: # 1 Text of Proposed Order)(Abel, Charlotte) (Entered: 08/06/2007) |
| 08/07/2007 | | MINUTE ORDER granting 15 Defendants' Joint Motion to Amend Order Setting Initial Scheduling Conference; the Order shall be modified to relieve the parties of the obligation to confer and submit a Joint Meet and Confer Statement, and the requirements of LCvR 16.3 and requirements of Fed. R. Civ. P. 26(f). Signed by Judge Gladys Kessler on 8/7/07. (CL, ) (Entered: 08/07/2007) |
| 08/07/2007 | | Minute Entry. Proceedings held before Judge Gladys Kessler: Meet and Confer Hearing held on 8/7/2007. Motion to Amend/Correct Order; heard and granted. (Court Reporter Susan Tyner.) (tth,) (Entered: 08/07/2007) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 09/08/2007 00:21:13 | | | |
| PACER Login: | dc4624 | Client Code: | |
| Description: | Docket Report | Search Criteria: | 1:07-cv-00398-GK |
| Billable Pages: | 2 | Cost: | 0.16 |

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NAOMI N. CHUNG ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 1:07CV00398 (GK) |
| ) | |
| SECRETARY OF LABOR, ) | |
| *et al.*, ) | |
| Defendants. ) | |
| _____) | |

## MOTION TO AMEND ORDER
## SETTING INITIAL SCHEDULING CONFERENCE

Pursuant to Rules 26(a)(1), 26(a)(E)(i) and 60(b)(6) of the Federal Rules of Civil Procedure, and Local Civil Rules 16.3(b)(1) and 16.4, Federal Defendants, by and through their undersigned counsel, respectfully move to amend the Court's July 16, 2007 order setting an initial scheduling conference in this action. In support of the instant motion, the defendants state as follows:

1. On February 26, 2007, the Plaintiff initiated this action.

2. On May 11, 2007, the Secretary filed a Motion to Dismiss which the Plaintiff opposed on June 14, 2007. This motion is ripe for decision.

3. On July 16, 2007, the Court issued an Order Setting an Initial Scheduling Conference to be held on August 7, 2007. The Court's Order instructed that "[p]ursuant to Rule 16.3 of the Local Rules and Fed. R. Civ. P. 26(f) and 1, counsel shall submit their Joint Meet and Confer Statement addressing all topics listed in Rule 16.3(c) no later than 14 days following their meeting."

4. This case is exempt from the duty to hold a conference, the requirement of filing a Joint Meet and Confer statement, and the obligation to provide Initial Disclosures, because this is "an action for review on an administrative record." See LCvR 16.3(b)(1) (version effective Sept. 1, 2003); see also Fed. R. Civ. P. 26(a)(1)(E)(i) (2003 revised ed.). In this case, the Plaintiff seeks judicial review of a decision by the Department of Labor to deny her worker's compensation benefits under the Federal Employees' Compensation Act (FECA), 5 U.S.C. § 8101, *et seq*. Defendants submit that the Court has no jurisdiction to entertain this action because Congress has specifically foreclosed any judicial review of determinations under the FECA. See 5 U.S.C. § 8128(b).

5. This case will likely be disposed of on dispositive motions.

WHEREFORE, the defendants respectfully request that the Court modify its Order Setting Initial Scheduling Conference to relieve the parties of: the obligation to submit a Joint Meet and Confer Statement, the requirements of LcvR 16.3, and the requirements of Fed. R. Civ. P. 26(f) and (a)(1).

Respectfully submitted,

/s/
JEFFREY A. TAYLOR
D.C. Bar No. 498610
United States Attorney


/s/
RUDOLPH CONTRERAS
D.C. Bar No. 434122
Assistant United States Attorney


/s/
CHARLOTTE A. ABEL
D.C. Bar No. 388582
Judiciary Center Building
555 Fourth Street, N.W.
Washington, D.C. 20530
(202) 307-2332

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on this 12th day of September, 2007, I caused a copy of the foregoing plaintiff's Post-Hearing Dispositive Motion which would affect the calendaring of this case to be served on the Defendant, Secretary of Labor, et al., by first class mail postage as follows:

U.S. ATTORNEY
Judiciary Center Building
555 Fourth St. N.W.
Washington D.C. 20530

U.S. Attorney General
D.O.J.
950 Pennsylvania Ave., NW
Washington D.C. 20530

Secretary of Labor
Department of Labor
Frances Perkins Building
200 Constitution Ave., NW
Washington D.C., 20210

Director
U.S. Department of Labor
Employment Standards Administration
Office of Worker's Compensation
Frances Perkins Building
200 Constitution Ave., NW
Washington D.C. 20210

U.S Department of Labor
Employee's Compensation Appeals
Board
200 Constitution Ave., N.W.
Washington D.C. 20210

_____
Naomi N. Chung
13842 Lambertina Place
Rockville, MD 20850
(301)789-2483

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

NAOMI N CHUNG

        Plaintiff,                                Case No. 1:07-cv-00398

V.                                           Judge: Gladys Kessler

SECRETARY OF LABOR
et al.,

        Defendants.

## ORDER

UPON CONSIDERATION of plaintiff's *Post-Hearing Dispositive Motion* and the points and authorities in support thereof, and the record herein, it is on this _____ day of _____, 2007, hereby

ORDERED that said motions and relief of twenty-million five-hundred thousand dollars ($20,500,000.00) be, and hereby is, granted, because there is no dispute as to any material fact and the plaintiff is entitled to judgment as a matter of law; and Plaintiff's motion is hereby GRANTED.

                                                              _____
                                                         UNITED STATES DISTRICT JUDGE