UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

NAOMI N. CHUNG

       Plaintiff

       v.                                   Case Number: 1:07CV00398
                                                Judge: G. Kessler
SECRETARY OF LABOR,
et al.,

       Defendants

## NOTICE OF FILING

Plaintiff, Naomi N. Chung, is filing a copy of a <u>hearing transcript</u> from a hearing which was held August 7, 2007 at the United States District Court for the District of Columbia.

Respectfully Submitted,

*[signature: Naomi Chung]*

Naomi N. Chung
13842 Lambertina Place
Rockville, MD 20850
(301) 789 – 2483
October 9, 2007

RECEIVED
OCT - 9 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

1

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

NAOMI N. CHUNG,                  .    DOCKET NUMBER:  CA 07-398
                                 .
        Plaintiff,               .
                                 .
   vs.                           .    Washington, D.C.
                                 .    August 7, 2007
SECRETARY OF LABOR,              .    10:15 A.M.
                                 .
        Defendant.               .
. . . . . . . . . . . . .

TRANSCRIPT OF INITIAL SCHEDULING CONFERENCE
BEFORE THE HONORABLE GLADYS KESSLER
A UNITED STATES DISTRICT JUDGE

APPEARANCES:

FOR THE PLAINTIFF:          NAOMI CHUNG, PRO SE

FOR THE DEFENDANT:          CHARLOTTE ABEL, ESQUIRE

THE COURT REPORTER:         SUSAN PAGE TYNER, CVR-CM
                            Official Court Reporter
                            United States District Court
                            333 Constitution Avenue, N.W.
                            Room 6429
                            Washington, D.C.  20001
                            (202) 371-2230
                            susantyner@verizon.net

Computer aided transcript prepared with the aid of SpeechCAT.

2

1                    P R O C E E D I N G S
2          THE COURT:  We are ready now for Naomi Chung
3  versus the Secretary of Labor.  This is CA 07-398.  Would
4  parties please come forward, and would they identify
5  themselves for the recording, and we will start with the
6  plaintiff, please?  Would the plaintiff please come forward
7  to the microphone, and would you please state your name for
8  the record?
9          MS. CHUNG:  Naomi N. Chung.
10         THE COURT:  And you are the plaintiff.
11         MS. CHUNG:  Yes.
12         THE COURT:  Who do you have with you?
13         MS. CHUNG:  My daughter.  I don't speak English
14  very well.  I don't understand English that well.  Most of
15  them I understand, but just in case I need her as my
16  interpreter.
17         THE COURT:  That's fine.  I just wanted to make
18  sure.  We will all try to speak more slowly so you can
19  understand.
20         I also want to check one or two other things.  Is
21  your daughter a lawyer?
22         MS. CHUNG:  No.  She is a special education
23  teacher.
24         THE COURT:  I see.  Then obviously she understands
25  English well.  Thank you.

1            Would the government identify itself, please?
2            MS. ABEL: Good morning, Your Honor. Charlotte
3   Abel on behalf of the government, and also present is Hahns
4   Wilds for the Department of Labor.
5            THE COURT: Ms. Chung, I believe that this is --
6   and I may be wrong about this, but I think in this case
7   this is the first time that you have come before me, am my
8   right?
9            MS. CHUNG: I don't understand.
10           THE COURT: Is this the first time in this case
11  that you have come to court?
12           MS. CHUNG: Yes.
13           THE COURT: Good. Ms. Chung, it is very difficult
14  for people to represent themselves if they are not lawyers.
15  You are allowed to represent yourself. You have the right
16  under our system to represent yourself, but it is very
17  difficult.
18           Do you understand that?
19           MS. CHUNG: Yes, I understand. But in my case if
20  I hire a lawyer I don't think it works, because I know what
21  I did. I know I did not lie. But I cannot trust a lawyer,
22  all of them. If a lawyer just one part lie, that means I
23  lie. I just accept their lie.
24           THE COURT: Well, Ms. Chung, let me just say one
25  more thing to you, because it is important that I explain

1  these things to you.
2       As I said, you are certainly allowed to
3  represent yourself, but when you do so -- if I am talking
4  too fast, you tell me. When you represent yourself you have
5  to be treated the same way that I will treat Ms. Abel as a
6  lawyer.
7       MS. CHUNG: Yes.
8       THE COURT: So you will have to meet the standards
9  under the Federal Rules of Civil Procedure, under the
10 statutes, under the Federal Rules of Evidence. In other
11 words, I will require you to know as much as I would require
12 Ms. Abel to know.
13      Do you understand that?
14      MS. CHUNG: Yes, I do understand.
15      THE COURT: Now let me tell you something else in
16 terms of the procedures. And your daughter can stay there
17 just in case there are any questions.
18      The government filed on May 11 a motion to
19 dismiss. The opposition was due on June 22. You did not
20 file an opposition at all -- and just a minute now, and I
21 will let you speak, but I just want to tell you what I know.
22 You certainly -- you did not file the kind of opposition
23 that is required under the rules.
24      Now I waited to do anything until you came to
25 court, because I wanted to talk with you and explain things

5

1  to you.  You do have a motion.  You call it a dispositive
2  motion and a motion for summary affirmance.
3         Did the government file its opposition to that
4  motion?
5         MS. ABEL:  Your Honor, I recall that I filed one
6  opposition, and I did print out a docket sheet this morning
7  intending to bring it with me, but I apparently left it in
8  the printer.
9         It is certainly my intention to oppose everything
10 that she files, and from what I've seen so far, I think
11 that she essentially files the same argument over and over
12 and over.  But I will certainly check that when I go back
13 today.
14        THE COURT:  Just a minute.  I think Ms. Hightower
15 has the docket up on the computer.
16        THE COURTROOM DEPUTY:  I do see an opposition
17 filed by the government on June 14th.
18        THE COURT:  All right, fine.  That is what my
19 notes indicate, and I wasn't sure of that.  So the
20 government has filed an opposition.
21        Ms. Chung --
22        MS. CHUNG:  Yes.
23        THE COURT:  You are definitely going to represent
24 yourself, is that right?
25        MS. CHUNG:  Right.

1      THE COURT: Okay. You need to get in an
2 opposition to the government's motion to dismiss unless you
3 want me to treat your motion for summary affirmance as your
4 opposition to the government's motion to dismiss.
5      Is that question clear for you?
6      MS. CHUNG: I don't need to file any more motion,
7 Your Honor.
8      THE COURT: You don't.
9      MS. CHUNG: I can file everything I need.
10 Actually when I filed the first time, February 26, 2007,
11 there was something indicates the government be sure to file
12 their answer within 60 days, and my motion --
13      THE COURT: Let me interrupt you for a minute. I
14 know that is your argument. Today I just want to get things
15 straight. I don't want to talk about the merits of each of
16 the arguments, because I will read all of the papers very
17 carefully. But I just want to be very clear with you that
18 as far as you're concerned, you have filed all of the papers
19 you think are necessary?
20      MS. CHUNG: Yes, I did.
21      THE COURT: All right. Certainty you are very
22 clear about that.
23      Let me ask Ms. Abel whether the government has
24 anything of a procedural matter to add today?
25      MS. ABEL: I don't believe so, Your Honor. I did

7

1  file a motion last evening.
2          THE COURT:  I just got it today.
3          MS. ABEL:  I apologize for not bringing this to
4  the court's attention earlier, but I do believe that this is
5  a case that is not subject to the rules for the meet and
6  confer.
7          THE COURT:  It is.  I will grant that motion, but
8  I will explain it to Ms. Chung first, because it does not
9  prejudice her in any way.
10         In your view, in the government's view, given Ms.
11 Chung's statement that she has filed everything she needs to
12 file, in your view are the motions now ripe?  I believe so,
13 but tell me if you disagree.
14         MS. ABEL:  No.  I do not disagree.  I believe they
15 are -- I believe it is.
16         THE COURT:  All right.  Ms. Chung, let me tell you
17 just one more thing.
18         The government filed a rather technical motion.  I
19 had ordered everybody to file what is called a Rule 16
20 statement to prepare for this initial scheduling conference.
21         The government has filed a motion telling me
22 correctly that under our local rules those requirements do
23 not apply when a party is not represented by a lawyer.  So
24 it does not matter that the parties did not file that Rule
25 16 statement.

```
 1            So while I'm going to grant that motion, it does
 2   not in any way prejudice you, Ms. Chung.
 3            MS. CHUNG:  It's not easy to communicate with the
 4   government.  Actually, I have been deceptive from the
 5   government long time ago when I filed the claim, two times.
 6            The second -- I filed a second claim.  They gave
 7   me wrong injury date that I did not even file in my claim.
 8            THE COURT:  But all that this order will do is to
 9   say that neither side had to file this -- it's called a meet
10   and confer statement, that that requirement does not apply
11   in this case.
12            MS. CHUNG:  It is not necessary.  It's all -- I
13   think it's all in your hand.  It's all in your hand.
14            THE COURT:  Okay.
15            MS. CHUNG:  It is all in your hand.
16            THE COURT:  All right.  I will try to get to it
17   soon.
18            MS. CHUNG:  I still trust the government -- I
19   still trust the government.  But some people just knowing
20   me, not knowing me; voluntarily, not voluntarily; false
21   testimony, false document to the government, to their
22   director, to their appeal board, even this court.  Some
23   people did not know.  Some people already knew, because my
24   problem is my medical treatments.  What terminated March 26,
25   2001.  The one who terminated is the one who gave me the
```

9

1  first claim number that denied.  When I -- claim that
2  denied.
3          THE COURT:  But Ms. Chung, as you said, the case
4  is now in my hands.
5          MS. CHUNG:  It is all in your hand.
6          THE COURT:  I will read everything, and then as
7  soon as I can I will issue an opinion in the case.  So
8  everyone is free to go now.
9          MS. CHUNG:  It is all in your hand, Your Honor.
10 Because if it is not, just -- they just cannot help.  It is
11 not only one person's mistake.  It is been gone wrong so
12 may years and so many ways.
13         THE COURT:  Ms. Chung, as soon as I can I will
14 issue an opinion in the case.  So everyone may be excused at
15 this time.
16         Thank you.
17         MS. ABEL:  Thank you, Your Honor.
18         MS. CHUNG:  You will go over at this time?
19         THE COURT:  No.  I am going to consider the case.
20 As I told you I will read everything.  That takes a little
21 while.  I just wanted to make sure, because you are not a
22 lawyer, that I understood exactly where everything stood and
23 that you understood how we will proceed.  So that was the
24 purpose of today's hearing, and parties may be excused now.
25         (Whereupon, government counsel departed the courtroom.)

SUSAN PAGE TYNER, CVR-CM
OFFICIAL COURT REPORTER
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

```
 1          MS. CHUNG:  May I ask one more thing?
 2          THE COURT:  No.  We are done, Ms. Chung.  The
 3 government lawyers have left already.  The hearing is over
 4 now.
 5          MS. CHUNG:  I just want when I get the answer from
 6 you?
 7          THE COURT:  Well, I can't tell you.  As soon as I
 8 can, but I can't tell you the exact time.  That's all I can
 9 say.  I am sorry.  I have many cases on my docket, but I
10 will certainly try to get to it as quickly as I can.
11          MS. CHUNG:  I trust you, Your Honor.
12          (Whereupon, the proceedings were adjourned.)
13                        - - - - -
14              CERTIFICATE OF COURT REPORTER
15    I certify that the foregoing is a correct transcript of
16 the proceedings in the above-captioned case.
```

*[signature]*

SUSAN PAGE TYNER, CVR-CM

OFFICIAL COURT REPORTER

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on this 9th day of October, 2007, I caused a copy of the foregoing plaintiff's Notice of Filing which would affect the calendaring of this case to be served on the Defendant, Secretary of Labor, et al., by first class mail postage as follows:

U.S. ATTORNEY
Judiciary Center Building
555 Fourth St. N.W.
Washington D.C. 20530

U.S. Attorney General
D.O.J.
950 Pennsylvania Avenue, N.W.
Washington D.C. 20530

Secretary of Labor
Department of Labor
Frances Perkins Building
200 Constitution Avenue,
N.W. Washington D.C. 20210

Director
U.S. Department of Labor
Employment Standards Administration
Office of Worker's Compensation
200 Constitution Avenue, N.W.
Washington D.C. 20210

U.S. Department of Labor
Employee's Compensation Appeals Board
200 Constitution Avenue, N.W.
Washington D.C. 20210

_____
Naomi N. Chung
13842 Lambertina Place
Rockville, MD 20850
(301)789-2483

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

NAOMI N CHUNG

        Plaintiff,

  V.

SECRETARY OF LABOR
et al.,

        Defendants.

Case No. 1:07-cv-00398

Judge: Gladys Kessler

## ORDER

UPON CONSIDERATION of plaintiff's *Post-Hearing Dispositive Motion* and the points and authorities in support thereof, and the record herein, it is on this _____ day of _____, 2007, hereby

ORDERED that said motions and relief of twenty-million five-hundred thousand dollars ($20,500,000.00) be, and hereby is, granted, because there is no dispute as to any material fact and the plaintiff is entitled to judgment as a matter of law; and Plaintiff's motion is hereby GRANTED.

_____
UNITED STATES DISTRICT JUDGE