UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

```
_____
                               )
NAOMI N. CHUNG,                )
                               )
     Plaintiff,                )
                               )
     v.                        )    Civil Action No. 07-398 (GK)
                               )
ELAINE CHAO,                   )
SECRETARY OF LABOR, et al.,    )
                               )
     Defendants.               )
_____)
```

### ORDER

Upon consideration of Defendant's Motion to Dismiss and the entire record herein, it is this 31st day of October, 2007, hereby

**ORDERED**, that Defendant's Motion to Dismiss [Dkt. No. 3] is **granted**.

The parties should note that no live claims remain in this case; therefore, this is a final appealable Order subject to Federal Rule of Appellate Procedure 4.  See Fed. R. App. P. 4.

                                    /s/
                                    Gladys Kessler
                                    United States District Judge