UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

RECEIVED

Naomi N. Chung
_____
Plaintiff

vs.

Civil Action No. 07-398 (GK)

Secretary of Labor, et al.
_____
Defendant

## NOTICE OF APPEAL

Notice is hereby given this 19th day of November, 2007, that

hereby appeals to the United States Court of Appeals for the District of Columbia Circuit from the judgment of this Court entered on the 31st day of October, 2007 in favor of Defendant against said Plaintiff

_____
Attorney or Pro Se Litigant

NANCY MAYER WHITTINGTON, U.S. DISTRICT COURT
NOV 19 2007
RECEIVED

(Pursuant to Rule 4(a) of the Federal Rules of Appellate Procedure a notice of appeal in a civil action must be filed within 30 days after the date of entry of judgment or 60 days if the United States or officer or agency is a party)

**CLERK**    Please mail copies of the above Notice of Appeal to the following at the addresses indicated:

① Judiciary Center Building
U.S. Attorney
555 Fourth St. N.W.
Washington, DC 20530

② U.S. Attorney General
D.O.J.
950 Pennsylvania Ave. NW
Washington DC 20530

③ Secretary of Labor
D.O.L.
Frances Perkins Building
200 Constitution Ave. NW
Washington DC, 20210

④ U.S. D.O.L.
Employee's Compensation Appeals Board
200 Constitution Ave. NW
Washington DC 20210

⑤ Director
U.S. D.O.L.
Employee Standards Admin.
Office of Worker's Compensation
Frances Perkins Building
200 Constitution Ave. NW
Washington, D.C. 20210