# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**No. 07-5375**  **September Term 2007**

07cv00398

Filed On: May 21, 2008 [1117621]

Naomi N. Chung,

    Appellant

v.

Secretary of Labor, et al.,

    Appellees



### ORDER

By order filed March 5, 2008, directing appellant to file her answer to the order to show cause, by April 4, 2008. The order was sent to appellant by certified mail, return receipt requested, and by first class mail. Appellant received and signed for the order on March 7, 2008. To date, appellant has not complied with the Court's order. Upon consideration of the foregoing, it is

**ORDERED** that this case be dismissed for lack of prosecution. See D.C. Cir. Rule 38.

The Clerk is directed to issue the mandate in this case by July 7, 2008.

                          **FOR THE COURT:**
                          Mark J. Langer, Clerk

            BY:    /s/
                    Elizabeth V. Scott
                    Deputy Clerk